United States District Court
Southern District of Texas
FILED

NOV 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. | § | |

### PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

In accordance with item two of this Honorable Court's order, Plaintiff certifies that she is unaware at this time of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the above-styled and numbered litigation other than Plaintiff ROSEANNA M. GARZA, Plaintiff's counsel, and Defendant SAM'S CLUB a/k/a WAL-MART STORES, INC.

Dated: 11/06/02

Respectfully submitted,

LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:    (956) 544-3152

_____
Frank Costilla
State Bar No. 04856500
Federal ID No. 1509

ATTORNEY FOR PLAINTIFF