AO 440 (Rev. 10/93) Summons in a Civil Action

SAM'S CLUB

**RETURN OF SERVICE** CA B-02-210

| | DATE 11-01-02 |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) LINDA M. SALAZAR | TITLE Civil Processor |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certify mail

United States District Court
Southern District of Texas
FILED
NOV 1 2 2002
Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-04-02
Date

Signature of Server: Linda M. Salazar

Address of Server: 4914 Boca Chica Blvd.
Bro. TX. 78521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | 60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Corporation Service Company
Street, Apt. No.; or PO Box No.
800 Brazos
City, State, ZIP+4
Austin, Texas 78701

PS Form 3800, February 2000          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sam;s Club
aka Wal-Mart Stores
Corporation Service Company
800 Brazos
Austin, Texas 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery — NOV 2002
C. Signature
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Copy from service label)
7099 3400 0014 6148 0639

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789