IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSEANNA M. GARZA § | |
| § | |
| vs § | CIVIL ACTION NO: B-02-210 |
| § | |
| SAM'S CLUB a/k/a WAL-MART § | |
| STORES, INC. § | |

## CERTIFICATE OF FINANCIAL INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **Sam's Club a/k/a Wal-Mart Stores, Inc.**, a Defendant in the above entitled and numbered cause of action, and makes this its Certificate of Financially Interested Parties, and would show onto the Court the following:

1. Plaintiffs:

   Roseanna M. Garza

2. Defendant:

   Wal-Mart Stores, Inc. d/b/a Sam's Club

Dated: November 22, 2002.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
210/428-4544 Telephone
210/428-4880 Facsimile

JAIME A. DRABEK
Fed. I.D. No. 8643
State Bar No. 06102410
Counsel for Defendant

#00407/R. Garza v. WM/Pleadings                                    Page 1.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the 22nd day of ~~May,~~ November 2002, to-wit:

Mr. Frank Costilla
**Law Office of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas   78520

                                                            *[signature]*
                                                            Jaime A. Drabek