# THE LAW FIRM OF-- 
# DRABEK & ASSOCIATES

**Jaime A. Drabek, P.C.**
*Attorney at Law*

*Rio Grande Valley Office*

1720 E. Harrison, Ste. B
Harlingen, Texas 78550
956/ 428-4544
956/ 428-4380
Email: drabek_associates@sbcglobal.net

Shirley Gray
*Of Counsel*

Eva Longoria
Rosalyn Martinez
*Legal Assistants*

United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

January 10, 2003

Mr. Frank Costilla
5 E. Elizabeth Street
Brownsville, Texas 78520

**Via Facsimile: 956/ 544-3152**

Re:   *CIVIL ACTION NO. B-02-210; Roseanna M. Garza vs. Sam's Club a/k/a Wal-Mart Stores, Inc.; In the United States District Court for the Southern District of Texas, Brownsville Division.*

## RULE 29 AGREEMENT

Dear Mr. Costilla:

This letter will serve to confirm the conversation between my legal assistant, Rosalyn Martinez and your legal assistant, Rosie, in which you granted Wal-Mart Stores, Inc. an extension to respond to Plaintiffs' First Set of Interrogatories, Requests for Production and Request for Admissions. Our answers were initially due on Friday, January 10, 2003. The extension was granted to Friday, January 24, 2003.

If this accurately reflects our initial agreement, please affix your signature below and return to me via fax transmittal so that we may file it with the Court.

Thank you so much for your courtesies in this regard.

Very truly yours,

*[signature]*
Jaime A. Drabek

JAD/rm

Agreed to Rule 29 Agreement (January 24, 2003)

*[signature]*
FRANK COSTILLA