United States District Court
Southern District of Texas
FILED

JAN 1 7 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs | § | CIVIL ACTION NO: B-02-210 |
| | § | |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. | § | |

### DEFENDANT'S RULE 26 (a) DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, SAM'S CLUB a/k/a WAL-MART STORES, INC., Defendant in the above-referenced action, makes the following disclosures concerning the identity of fact witnesses, insurance documentation which may satisfy part or all of a judgment entered in this cause of action, and the production of non-privileged documents.

(1)     the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

> ROSEANNA M. GARZA
> Rt. 1 Box 86-E
> Lyford, TX 78569
> (956) 347-9992
>> Plaintiff. Has knowledge of incident, injuries and facts of this case.

> GILBERT GARZA
> Rt. 1 Box 86-E
> Lyford, TX 78569
> (956) 347-9992
>> Plaintiff's husband. Has knowledge of incident, injuries and facts of this case.

> LYDIA GALVAN
> 1701 W. Expressway 83
> San Benito, TX 78586
> (956) 533-1312
>> Plaintiff's mother. Has knowledge of incident, injuries and facts of this case.

MICHELLE VEGA
109 Live Oak Circle Drive
San Benito, TX 78586
(956) 361-3190 or (956) 533-1260
        Plaintiff's sister. Has knowledge of incident, injuries and facts in this case.

ZELDA MAYO
Address Unknown
(956) 248-5222
        Witness to the incident in question.

JOSE FRANCISCO MARTINEZ
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
        Defendant's employee, Merchandiser. May have knowledge regarding
        incident, injuries and facts of this case.

ELIZABETH MADRIGAL
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
        Defendant's employee, Merchandise Manager I. May have knowledge
        regarding incident, injuries and facts of this case.

BENNY MARTINEZ
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
        Defendant's employee. May have knowledge regarding incident, injuries and
        facts of this case.

PETE LUGO
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
        Defendant's employee, Manager. May have knowledge regarding incident,
        injuries and facts of this case.

KRISTI WALKER
Claims Management, Inc.
P.O. Box 8083
Bentonville, AR 72712-8083
(479) 621-2900

Insurance Adjuster. May have knowledge regarding incident, injuries and facts of this case.

ANN DIESON
Claims Management, Inc.
P.O. Box 8083
Bentonville, AR 72712-8083
(479) 621-2900
Insurance Adjuster. May have knowledge regarding incident, injuries and facts of this case.

MARIA CAVAZOS
Address Unknown
Plaintiff's neighbor. May have knowledge regarding incident, injuries and facts of this case.

DR. FRANK TORRES
San Benito Medical Associates, Inc.
351 North Sam Houston
San Benito, TX 78586
(956) 399-2443
Plaintiff's medical provider.

THOMAS LaMOTTE
Custodian of Records for
Dr. Frank Torres
San Benito Medical Associates, Inc.
351 North Sam Houston
San Benito, TX 78586
(956) 399-2443
May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. ALDON B. WILLIAMS
2121 Pease Street, Suite 3-G
Harlingen, TX 78550
(956) 440-7246
Plaintiff's medical provider.

JULIA DURAN
Custodian of Medical Records for
Dr. Aldon B. Williams
2121 Pease Street, Suite 3-G
Harlingen, TX 78550
(956) 440-7246

May have knowledge of the medical and billing records pertaining to Plaintiff.

BECKY NAJERA
Custodian of Financial Records for
Dr. Aldon B. Williams
2121 Pease Street, Suite 3-G
Harlingen, TX 78550
(956) 440-7246
     May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. LAUREN NGUYEN
1620 N. Ed Carey Drive
P.O. Box 2918
Harlingen, TX 78550
     Plaintiff's medical provider.

EVA E. MARTINEZ
Custodian of Records for
Dr. Lauren Nguyen
1620 N. Ed Carey Drive
P.O. Box 2918
Harlingen, TX 78550
     May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. DAVID NUNEZ
Coastal Radiology Consultants, P.A.
P.O. Box 201178
Houston, TX 77216
(956) 550-8944
     Plaintiff's medical provider.

ALMA N. TIJERINA
Custodian of Records for
Dr. David Nunez
Coastal Radiology Consultants, P.A.
P.O. Box 201178
Houston, TX 77216
(956) 550-8944
     May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. RAMON LOJI-JUI
The Shumacher Group
P.O. Box 2995
San Antonio, TX 78299

(800) 225-0953
     Plaintiff's medical provider.

KARLA JAMES
Custodian of Records for
Dr. Ramon Loji-Hui
The Shumacher Group
P.O. Box 2995
San Antonio, TX 78299
(800) 225-0953
     May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. ANA GUTIERREZ
1313 Alton Gloor Blvd., Suite C
Brownsville, TX 78521
(956) 550-8944
     Plaintiff's medical provider.

Custodian of Records for
Dr. Ana Gutierrez
1313 Alton Gloor Blvd., Suite C
Brownsville, TX 78521
(956) 550-8944
     May have knowledge of the medical and billing records pertaining to Plaintiff.

All treating physicians, personnel and staff of
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, TX 78528
(956) 350-7000
     Plaintiff's medical provider.

Custodian of Records for
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, TX 78528
(956) 350-7000
     May have knowledge of the medical and billing records pertaining to Plaintiff.

All treating physicians, personnel and staff of
Valley Baptist Medical Center
2101 Pease Street
Harlingen, TX 78550
(956) 389-1100

Plaintiff's medical provider.

LINDA R. GONZALEZ
Custodian of Medical Records for
Valley Baptist Medical Center
2101 Pease Street
Harlingen, TX
(956) 389-1100
        May have knowledge of the medical and billing records pertaining to Plaintiff.

DIANA SALAZAR
Custodian of Records for
Valley Baptist Medical Center
2101 Pease Street
Harlingen, TX 78550
(956) 389-1100
        May have knowledge of the medical and billing records pertaining to Plaintiff.

All pharmacists, personnel and staff of
Fry's Pharmacy
721 W. Harrison Street
Harlingen, TX 78550
(956) 364-2200
        Plaintiff's medical provider.

Custodian of Records for
Fry's Pharmacy
721 W. Harrison Street
Harlingen, TX 78550
(956) 364-2200
        May have knowledge of the medical and billing records pertaining to Plaintiff.

Defendant will supplement in accordance with FRCP and/or in the sequence directed
the court.

**(2)    a copy of, or a description by category and location of, all documents, data
compilations, and tangible things in the possession, custody or control of the party that
are relevant to disputed facts alleged with particularity in the pleadings;**

Please see attached Report of Customer Incident and medical records received to
date.

Defendant discloses that discovery is premature and it does not have sufficient
information at this time to determine which documents and/or items are relevant to

disputed facts alleged with particularity in the pleadings. Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

**(3)**    **a computation of any category or damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and**

None.

**(4)**    **for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in th action or to indemnify or reimburse for payments made to satisfy the judgment.**

See copy of declaration sheet attached hereto.

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant hereby makes the following disclosure of expert testimony in this case:

No experts have been retained at this time. Defendant will supplement as required under Rule 26(e)(1).

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 East Harrison, Suite B
Harlingen , Texas 78550
Telephone: 956/ 428-4544
Facsimile:  956/ 428-4880


Jaime A. Drabek
SBOT 06102410
Federal I.D. No. 8643
Attorneys for Defendant, Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

I, hereby certify that on this the __16th__ day of January, 2003, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery.

Mr. Frank Costilla                                    **Via Facsimile: 956/ 544-3152**
**Law Office of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas   78520

_____
Jaime A. Drabek




# Claim # L2724013

- Your form has been sent to the claims division.
- Please PRINT THIS FORM for your records before returning to main screen.

## STORE TYPE

Store/Location number : 8126
Base division number : 18 - SAM'S CLUB - WAL-MAR

## STORE/LOCATION INFORMATION

Address : 1601 PRICE ROAD, BROWNSVILLE, TX, 78521-0000
Phone : (512) 541-5881
Manager : LUGO, PETE
Division charged : 99 - SAM'S Brownsville, TX
Section code : 91 - Frozen

## CLAIM TYPE

Type of incident : SLIP/FALL/TRIP Claim involving a customer/member that alleges slip, fall, or trip.

## SLIP/FALL INFORMATION

Type of floor : CEMENT FLOOR
Defects ? No
Number of photos taken : 0
Was surface clean ? Yes
Description : —
Was surface dry ? No
Description : WATER SPILL
Obstructions ? No
Description : —
If obstruction merchandise-it's UPC# : —
Item# : —
Substance : —
Source of substance : —
Amount : —
Condition of substance : —
Customer wearing glasses ? No
Carrying bundles/objects ? No
Pushing cart ? No
Shoe type : —
Weather conditions ? —

## INCIDENT GENERAL INFORMATION

Date of loss : 3/8/02 12:15:00 PM
Date facility notified of loss : 3/8/02
Accident State : TX
Claim description : MEMBER SLIPPED ON WATER SPILL
Does incident involve BI, PD, or both ? Bodily Injury
Was medical treatment sought at time of incident or mentioned by the customer/member ? Yes

### Incident Location Information
Did incident happen on premises ? Yes
Address where injury occurred : 3570 W ALTON GLOOR, BROWNSVILLE, TX, 78521-0000
Phone : (956) 350-6917

### Witness Information
Name : —
Address : —, —, —, —
Phone : —

### Associate with facts relating to loss
Name : —

Title : —
Associate first on scene
Name : MARTINEZ, JOSE FRANCISCO
Title : MERCHANDISER
Store Contact Information
Name : —, —
Shift : —
Work Phone : —
Preparer
Name : MADRIGAL, ELIZABETH
Title : MERCHANDISE MANAGER I
Shift : —

**CLAIMANT # 1**

Name : GARZA, ROSEANNA
Associate ? No
Sex : Female
Address : RT. 1 BOX 86-E, LYFORD, TX, 78569
Home Phone # : (956) 347-9992
Work Phone # : (956) 533-1102
Birthdate : 11/14/73
Driver's License # : —, —
Did customer continue to shop ? No
Was Claimant a Minor ? No
Type of Injuries/Complaints : SORENESS TO HER ANKLE AND LEG
Was ambulance called ? No
Was MD or hospital involved ? No
Companion Information
Did claimant have a companion ? Yes
Companion Name : VEGA, MICHAEL
Address : 818 E. JACKSON, HARLINGEN, TX, 78550
Phone : (956) 561-0013
Medical Provider Information
Medical provider name : —
Address : —, —, —, —
Phone : —

# RC Litigation Services

5 E. Elizabeth Street * Brownsville, TX. 78520  (956) 548-1734 * (956) 544-3152

| | | |
|---|---|---|
| **Records Pertain to** | : | ROSEANNA M. GARZA a/k/a ROXEANNA GARZA |
| **Records From** | : | ALDON B. WILLIAMS, M.D. FINANCIAL RECORDS |
| **Style of Case** | : | ROSEANNA M. GARZA a/k/a ROXEANNA GARZA VS. SAM'S CLUB a/k/a WAL-MART STORES, INC. |
| **Cause No.** | : | CIVIL ACTION NO. B-02-210 (JURY REQUESTED) |
| | | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
| **Type of Records** | : | AFFIDAVIT OF FINANCIAL RECORDS |
| **Deliver To** | : | MICHAEL N. MILBY UNITED STATES DISTRICT CLERK 600 EAST HARRISON STREET, 1ST FLOOR BROWNSVILLE, TEXAS 78520 |

Paid by Attorney for Plaintiff

___Medical  _X_ Financial  ____Personnel ____Business

# COURT COPY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| a/k/a ROXEANNA GARZA | § | |
| | § | CIVIL ACTION NO. B-02-210 |
| VS. | § | (Jury Requested) |
| | § | |
| SAM'S CLUB a/k/a | § | |
| WAL-MART STORES, INC. | § | |

**AFFIDAVIT**

Before me, the undersigned authority, personally appeared _Becky Najera_,

who, being by me duly sworn, deposed as follows:

My name is _Becky Najera_. I am of sound mind and capable of making this

affidavit.

I am the person in charge of records of <u>ALDON B. WILLIAMS, M.D.</u> Attached to this

affidavit is an itemized statement of the service and the charge for the service that <u>ALDON B.</u>

<u>WILLIAMS, M.D.</u> provided to <u>ROSEANNA M. GARZA</u>, SSN:<u>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,</u> DATE OF

BIRTH:<u>11/14/73</u> on or after March 8, 2002. The attached records are part of this affidavit.

The attached records are kept by me in the regular course of business. The information

contained in the records was transmitted to me in the regular course of business by <u>ALDON B.</u>

<u>WILLIAMS, M.D.</u> or an employee or representative of <u>ALDON B. WILLIAMS, M.D.</u> who had

personal knowledge of the information. The records were made at or near the time or reasonably

soon after the time that the service was provided. The records are the original or an exact duplicate

of the original.

The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided in the amount of $ _560.00_.

AFFIANT

SWORN TO AND SUBSCRIBED before me on the _19_ day of _Nov_ , 2002.

Notary Public, State of Texas
My Commission Expires: _1-02-04_

Notary's printed name:

_Rebecca A. Camargo_

Rebecca Ann Camargo
Notary Public, State of Texas
My Commission Expires
01-02-2004

## AUTHORITY TO RELEASE MEDICAL INFORMATION

TO WHOM IT MAY CONCERN:

I, <u>Roseanna M. Garza</u>, hereby authorize and permit any person, firm, or entity to release to the <u>Law Offices of Frank Costilla, 5 East Elizabeth Street, Brownsville, Texas 78520</u> or their authorized representative, any and all of the matters enumerated below that pertain to <u>Roseanna M. Garza</u>, born on <u>11/14/73</u>; Social Security No. <u>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</u>. The matters to be released and/or discussed pursuant to this authorization are the following: any laboratory slides, clinical abstracts, histories, charts, x-rays and other information, documents, and opinions relevant to past, present, or future physical, emotional or cognitive condition, treatment, care, or hospitalizations.

This authorization revokes any and all prior authorizations previously given to any other person, firm, organization or agency.

A copy of this authorization is agreed by the undersigned to have the same effect and force as an original and should be honored as if it were an original. Any person, firm, or entity that release matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters.

_Roseanna M. Garza_
Roseanna M. Garza

This instrument was acknowledged before me on the **30** day of **October**, 200**2**.

[Notary stamp:
LAURA I. HINOJOSA
Notary Public, State of Texas
My Commission Expires
August 19, 2006]

_Laura I. Hinojosa_
Notary Public, State of Texas
Printed Name: _Laura I. Hinojosa_
My Commission Expires: _8/19/06_

```
                                        From: HARLINGEN ANESTHESIA
                                              1702 ED CAREY DRIVE

                                              HARLINGEN TX 78550

                                              Phone # (956) 423-4589
                                              Tax Id. 74-2661711

          11*18*02                   Regarding: ROSE ANNA GARZA
                                           SSN: 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
                                                RT 1 BOX 86 E
                                                LYFORD TX 78569


          ROSE ANNA GARZA
          RT 1 BOX 86 E
          LYFORD TX 78569



     Account #  : 118332                      Sex          : F
     Home Phone : (956) 347-9992              Chart        :
     Work Phone :                             Age          : 29 yr. 10 mo.
     Employer   : SAMS  -- LIABILIT           Date of Birth: 01-14-73
     Referred by: FRANK TORRES, MD            Accident Date: 03-08-02

     Doc    Physician                    Tax I.D. #    Provider #
     ---    ------------------------     ----------    ----------
      30    ALDON B WILLIAMS, MD         74-2661711    841790

     Loc    Location Name
     ---    ------------------------
      6     HEADACHE AND PAIN CENTER
```

| Insurance Company | Policy Number | Group Number | Auth. Number | Provider Id. |
|---|---|---|---|---|
| CMI -- LIABILITY | 454250627 | CLM L2724013 | | 841790 |

| ICD-9 | Description |
|---|---|
| 724.4 | LUMBAR RADICULOPATHY |

| Doc Loc | Ins. Filed | Diag. | ( Service From/To ) | CPT Code | (----------- Procedure -----------) | Amount |
|---|---|---|---|---|---|---|
| 30 11 | 07*31*02 | 724.4 | 05*16*02 | 3-99244 | 3044. OFFICE CONSULTATION THREE KEY COMPONENTS COMPREHENSIVE HISTORY COMPREHENSIVE EXAM DECISION MOD COMPLEXITY LUMBAR RADICULOPATHY | 560.00 |
| 30 11 | | | 09*13*02 | - | 58. INSURANCE WRITE OFF | -241.00 |
| | | | | | Total Activity .......... | 319.00 |

 # Litigation Services

5 E. Elizabeth Street  *  Brownsville, TX. 78520  (956) 548-1734  *  (956) 544-3152

| | | |
|---|---|---|
| **Records Pertain to** | : | ROSEANNA M. GARZA<br>a/k/a ROXEANNA GARZA |
| **Records From** | : | COASTAL RADIOLOGY CONSULTANTS, P.A.<br>FINANCIAL RECORDS |
| **Style of Case** | : | ROSEANNA M. GARZA a/k/a<br>ROXEANNA GARZA<br>VS.<br>SAM'S CLUB a/k/a<br>WAL-MART STORES, INC. |
| **Cause No.** | : | CIVIL ACTION NO. B-02-210<br>(JURY REQUESTED)<br><br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION |
| **Type of Records** | : | AFFIDAVIT OF FINANCIAL RECORDS |
| **Deliver To** | : | MICHAEL N. MILBY<br>UNITED STATES DISTRICT CLERK<br>600 EAST HARRISON STREET, 1ST FLOOR<br>BROWNSVILLE, TEXAS 78520 |

**Paid by Attorney for Plaintiff**

___Medical _X_ Financial ____Personnel ____Business

# COURT COPY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSEANNA M. GARZA                §
a/k/a ROXEANNA GARZA            §
                                          §          CIVIL ACTION NO. B-02-210
VS.                        .             §                  (Jury Requested)
                                          §
SAM'S CLUB a/k/a                   §
WAL-MART STORES, INC.      §


**AFFIDAVIT**

Before me, the undersigned authority, personally appeared Alma N. Tijerina

who, being by me duly sworn, deposed as follows:

My name is ALMA N. Tijerina I am of sound mind and capable of making this

affidavit.

I am the person in charge of records of COASTAL RADIOLOGY CONSULTANTS,

P.A. Attached to this affidavit are copies of the medical records that provide an itemized

statement of the service and the charge for the service that COASTAL RADIOLOGY

CONSULTANTS, P.A. provided to ROSEANNA M. GARZA, SSN: 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, DATE OF

BIRTH: 11/14/73 on or after March 8, 2002. The attached records are part of this affidavit.

The attached records are kept by me in the regular course of business. The information

contained in the records was transmitted to me in the regular course of business by COASTAL

RADIOLOGY CONSULTANTS, P.A. or an employee or representative of COASTAL

RADIOLOGY CONSULTANTS, P.A. who had personal knowledge of the information. The

records were made at or near the time or reasonably soon after the time that the service was

provided. The records are the original or an exact duplicate of the original.

The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided in the amount of $ 57.00 .


AFFIANT

SWORN TO AND SUBSCRIBED before me on the 12 day of November, 2002.

Notary Public, State of Texas
My Commission Expires: 8/19/06

LAURA I. HINOJOSA
Notary Public, State of Texas
My Commission Expires
August 19, 2006

Notary's printed name:

Laura I. Hinojosa

```
                    COASTAL RADIOLOGY CONSULTANTS,P.A.                   13:04:33
ACNT 1000262223       ROSEANNA GARZA                      Stmt Ba
01 X   3                                                 Collection Bal.


                                        SERV  CONTRL  DATE
:  IENT      PROC CODE  DESCRIPTION      DATE  DATE MOD FLD POS  AMOUNT      DR #

ROSEANNA        72110 XRAY LUMBAR, MI 030802 031002       5      57.00        1
  REQUESTED INSURANCE INFORMATION  01 O Y                                 32502
  PAST DUE STATEMENT-30 DAYS   01 D                                       42202
                1550 COMMERCIAL CARR 051302 051302              57.00-
```

F1-END JOB F2-PRT THIS ACCOUNT F3-DSPLAY NEXT FILE F5-PAYMENT/ADJMENT ENTRY
NO MORE TRANS.FOR THIS RESPONSIBLE PARTY

# AUTHORITY TO RELEASE MEDICAL INFORMATION

TO WHOM IT MAY CONCERN:

I, __Roseanna M. Garza_____, hereby authorize and permit any person, firm, or entity to release to the **Law Offices of Frank Costilla, 5 East Elizabeth Street, Brownsville, Texas 78520** or their authorized representative, any and all of the matters enumerated below that pertain to __Roseanna M. Garza_____, born on __11/14/73___; Social Security No.__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____.  The matters to be released and/or discussed pursuant to this authorization are the following: any laboratory slides, clinical abstracts, histories, charts, x-rays and other information, documents, and opinions relevant to past, present, or future physical, emotional or cognitive condition, treatment, care, or hospitalizations.

This authorization revokes any and all prior authorizations previously given to any other person, firm, organization or agency.

A copy of this authorization is agreed by the undersigned to have the same effect and force as an original and should be honored as if it were an original. Any person, firm, or entity that release matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters.

_____
Roseanna M. Garza

This instrument was acknowledged before me on the __30__ day of __October__, 200__2__.

_____
Notary Public, State of Texas.
Printed Name: _Laura I. Hinojosa_
My Commission Expires: _8/19/06_

LAURA I. HINOJOSA
Notary Public, State of Texas
My Commission Expires
August 19, 2006

# RC Litigation Services

5 E. Elizabeth Street  *  Brownsville, TX. 78520  (956) 548-1734  *  (956) 544-3152

| | | |
|---|---|---|
| **Records Pertain to** | : | **ROSEANNA M. GARZA**<br>**a/k/a ROXEANNA GARZA** |
| **Records From** | : | **RAMON LOJI-HUI, M.D.**<br>**FINANCIAL RECORDS** |
| **Style of Case** | : | **ROSEANNA M. GARZA a/k/a**<br>**ROXEANNA GARZA**<br>**VS.**<br>**SAM'S CLUB a/k/a**<br>**WAL-MART STORES, INC.** |
| **Cause No.** | : | **CIVIL ACTION NO. B-02-210**<br>**(JURY REQUESTED)**<br><br>**IN THE UNITED STATES DISTRICT COURT**<br>**FOR THE SOUTHERN DISTRICT OF TEXAS**<br>**BROWNSVILLE DIVISION** |
| **Type of Records** | : | **AFFIDAVIT OF FINANCIAL RECORDS** |
| **Deliver To** | : | **MICHAEL N. MILBY**<br>**UNITED STATES DISTRICT CLERK**<br>**600 EAST HARRISON STREET, 1ST FLOOR**<br>**BROWNSVILLE, TEXAS 78520** |

**Paid by Attorney for Plaintiff**

___Medical  _X_ Financial ____Personnel ____Business

# COURT COPY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| a/k/a ROXEANNA GARZA | § | |
| | § | CIVIL ACTION NO. B-02-210 |
| VS. | § | (Jury Requested) |
| | § | |
| SAM'S CLUB a/k/a | § | |
| WAL-MART STORES, INC. | § | |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared _Karla James_,

who, being by me duly sworn, deposed as follows:

My name is _Karla James_ . I am of sound mind and capable of making this

affidavit.

I am the person in charge of records of RAMON LOJI-HUI, M.D. Attached to this affidavit

are copies of the medical records that provide an itemized statement of the service and the charge

for the service that RAMON LOJI-HUI, M.D. provided to ,ROSEANNA M. GARZA, SSN: 454-

25-0627, DATE OF BIRTH: 11/14/73 on or after March 8, 2002.   The attached records are part

of this affidavit.

The attached records are kept by me in the regular course of business.  The information

contained in the records was transmitted to me in the regular course of business by RAMON LOJI-

HUI, M.D. or an employee or representative of RAMON LOJI-HUI, M.D. who had personal

knowledge of the information.  The records were made at or near the time or reasonably soon after

the time that the service was provided.  The records are the original or an exact duplicate of the

original.

The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided in the amount of $ 215 00 .

AFFIANT

SWORN TO AND SUBSCRIBED before me on the 22 day of November, 2002.

Notary Public, State of Texas OK
My Commission Expires: Oct. 15, 2005

Notary's printed name:

LeAndreA Koss

LEANDREA ROSS
Cleveland County
Notary Public in and for
State of Oklahoma
My commission expires Oct. 15, 2005.