IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § § | |
| vs. | § § | CIVIL ACTION NO: B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. | § § § | |

## DEFENDANTS' MOTION FOR PHYSICAL EXAMINATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **SAM'S CLUB a/k/a WAL-MART STORES, INC.**, Defendant in the above entitled and numbered cause and by and through their attorney, JAIME A. DRABEK, attorney of record, and respectfully moves this Court Order that the Plaintiff, **ROSEANNA M. GARZA**, submit to a physical examination, by DR. WILLIAM TURPIN out of Austin, Texas, at a mutually agreed location, time and date, including, or together with, all medical records and/or x-rays taken from her medical providers and such other tests and procedures as the examiner may deem useful in ascertaining the nature and extent of said condition. Said Motion is based on the grounds that good cause exists because the person to be examined is the Plaintiff in this suit; that the physical condition of said Plaintiff is a material issue in this case and is in controversy; and that the Defendant cannot adequately and safely prepare for and proceed to trial on the issues in this action without medical information relating to the Plaintiff's present and future condition.

WHEREFORE, PREMISES CONSIDERED, Defendant has shown good cause for Plaintiff's submission to a physical examination. Defendant prays that **ROSEANNA M.**

GARZA, Plaintiff, be required to appear at DR. WILLIAM TURPIN'S office and submit to a physical examination and to bring with her all x-rays in existence with relation to the above lawsuit.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas  78550
Telephone: 956/ 428-4544
Facsimile:  956/ 428-4880

Jaime A. Drabek
Federal I.D. No. 8643
SBOT: 06102410
Attorneys for Defendant
*Sam's Club a/k/a Wal-Mart Stores, Inc.*

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion:

_____✓_____   I have been unsuccessful in my attempt to contact opposing counsel.

_____✓_____   I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

_____   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____   Opposing counsel has agreed or is unopposed to Movant's request under this Motion.

Jaime A. Drabek

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion for Physical Examination was mailed to all counsel of record by certified mail and/or hand delivery, return receipt requested, on this the ___13th___ day of February, 2003 to:

Mr. Frank Costilla  **Via Fax No. 956/ 544-3152**
**Law Office of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas   78520

_____
Jaime A. Drabek

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § § | |
| vs. | § § | CIVIL ACTION NO: B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. | § § § | |

### ORDER SETTING HEARING

On the _____ day of _____, 2003, came on to be considered Defendant's Motion For Physical Examination in the above entitled and numbered cause. The Court having considered same is of the opinion that a hearing should be held thereon. It is therefore

ORDERED that a hearing is hereby set on said Motion For Physical Examination the _____ day of _____, 2003, at _____ o'clock _____ m. in the United States District Court For the Southern District of Texas, Brownsville Division, Brownsville, Hidalgo County, Texas.

SIGNED FOR ENTRY the _____ day of _____, 2003.

_____
Judge Presiding

**Copies to:**

Jaime A. Drabek, Drabek & Associates, 1720 E. Harrison, Ste. B, Harlingen, TX 78550
Frank Costilla, Law Office of Frank Costilla, L.P., 5 East Elizabeth Street, Brownsville, TX 78520

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § § | |
| vs. | § § | CIVIL ACTION NO: B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. | § § § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR PHYSICAL EXAMINATION

BE IT REMEMBERED that on the _____ day of _____, 2003, came on to be heard Defendant, SAM'S CLUB A/K/A WAL-MART STORES, INC.'S, Motion and Order requiring Plaintiff, Roseanna M. Garza, to submit to a physical examination, and it appearing to the Court that the physical condition of the Plaintiff is in controversy in this action, it is, therefore,

ORDERED that Plaintiff, Roseanna M. Garza, submit to a general physical examination by DR. WILLIAM TURPIN at the doctor's office located at a mutually agreed location in the Rio Grande Valley and at a mutually agreed time and date; such examination to include any and all tests which are necessary to ascertain the health and physical condition of the Plaintiff and are ordinarily deemed a part of a general physical examination.  It is further,

ORDERED that Plaintiff, Roseanna M. Garza, submit to any tests and x-ray examination and the taking of such films as the said doctor deems advisable and necessary in making a proper diagnosis of Plaintiff's condition and concerning the allegations of Plaintiff's complaints as to the nature and extent of her injuries.  It is further,

ORDERED that the Plaintiff Roseanna M. Garza bring with her all x-rays taken with reference to the above lawsuit. It is further,

ORDERED that the Plaintiff at the time of such examination answer all proper questions and inquiries submitted to her by the said doctor, including the occupational, prior and subsequent injuries and diseases, for the purpose of making a proper diagnosis of the Plaintiff's condition. It is further ORDERED that the Defendant bear the costs of the examination.

SIGNED this _____ day of _____, 2003.


_____
JUDGE PRESIDING


**Copies to:**

Jaime A. Drabek, Drabek & Associates, 1720 E. Harrison, Ste. B, Harlingen, TX 78550
Frank Costilla, Law Office of Frank Costilla, L.P., 5 East Elizabeth Street, Brownsville, TX  78520