IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs | § | CIVIL ACTION NO: B-02-210 |
| | § | |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. | § | |

### DEFENDANT'S SUPPLEMENT TO RULE 26 (a) DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, SAM'S CLUB a/k/a WAL-MART STORES, INC., Defendant in the above-referenced action, makes the following supplemental disclosures concerning the identity of fact witnesses, insurance documentation which may satisfy part or all of a judgment entered in this cause of action, and the production of non-privileged documents.

(1)   the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

    ROSEANNA M. GARZA
    Rt. 1 Box 86-E
    Lyford, TX 78569
    (956) 347-9992
        Plaintiff.  Has knowledge of incident, injuries and facts of this case.

    GILBERT GARZA
    Rt. 1 Box 86-E
    Lyford, TX 78569
    (956) 347-9992
        Plaintiff's husband. Has knowledge of incident, injuries and facts of this case.

    LYDIA GALVAN
    1701 W. Expressway 83
    San Benito, TX 78586
    (956) 533-1312
        Plaintiff's mother. Has knowledge of incident, injuries and facts of this case.

MICHELLE VEGA
109 Live Oak Circle Drive
San Benito, TX 78586
(956) 361-3190 or (956) 533-1260
    Plaintiff's sister. Has knowledge of incident, injuries and facts in this case.

ZELDA MAYO
Address Unknown
(956) 248-5222
    Witness to the incident in question.

JOSE FRANCISCO MARTINEZ
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
    Former Merchandiser for Defendants. May have knowledge regarding incident, injuries and facts of this case.

ELIZABETH MADRIGAL
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
    Defendant's employee, Merchandise Manager I. May have knowledge regarding incident, injuries and facts of this case.

BENEDICTA (BENI) MARTINEZ
HS Floral Heel
2117 Peacock Road
Richmond, Indiana 47374
(800) 880-5393 Ext: 1119
    Employed at Floral Department located inside Defendant store. May have knowledge regarding incident, injuries and facts of this case.

PETE LUGO
c/o Sam's Club
3570 W. Alton Gloor
Brownsville, TX 78521-0000
    Defendant's employee, Manager. May have knowledge regarding incident, injuries and facts of this case.

KRISTI WALKER
Claims Management, Inc.
P.O. Box 8083
Bentonville, AR 72712-8083

(479) 621-2900
> Insurance Adjuster. May have knowledge regarding incident, injuries and facts of this case.

ANN DIESON
Claims Management, Inc.
P.O. Box 8083
Bentonville, AR 72712-8083
(479) 621-2900
> Insurance Adjuster. May have knowledge regarding incident, injuries and facts of this case.

MARIA CAVAZOS
Address Unknown
> Plaintiff's neighbor. May have knowledge regarding incident, injuries and facts of this case.

DR. FRANK TORRES
San Benito Medical Associates, Inc.
351 North Sam Houston
San Benito, TX 78586
(956) 399-2443
> Plaintiff's medical provider.

THOMAS LaMOTTE
Custodian of Records for
Dr. Frank Torres
San Benito Medical Associates, Inc.
351 North Sam Houston
San Benito, TX 78586
(956) 399-2443
> May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. ALDON B. WILLIAMS
2121 Pease Street, Suite 3-G
Harlingen, TX 78550
(956) 440-7246
> Plaintiff's medical provider.

JULIA DURAN
Custodian of Medical Records for
Dr. Aldon B. Williams
2121 Pease Street, Suite 3-G
Harlingen, TX 78550

(956) 440-7246
    May have knowledge of the medical and billing records pertaining to Plaintiff.

BECKY NAJERA
Custodian of Financial Records for
Dr. Aldon B. Williams
2121 Pease Street, Suite 3-G
Harlingen, TX 78550
(956) 440-7246
    May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. LAUREN NGUYEN
1620 N. Ed Carey Drive
P.O. Box 2918
Harlingen, TX 78550
    Plaintiff's medical provider.

EVA E. MARTINEZ
Custodian of Records for
Dr. Lauren Nguyen
1620 N. Ed Carey Drive
P.O. Box 2918
Harlingen, TX 78550
    May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. DAVID NUNEZ
Coastal Radiology Consultants, P.A.
P.O. Box 201178
Houston, TX 77216
(956) 550-8944
    Plaintiff's medical provider.

ALMA N. TIJERINA
Custodian of Records for
Dr. David Nunez
Coastal Radiology Consultants, P.A.
P.O. Box 201178
Houston, TX 77216
(956) 550-8944
    May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. RAMON LOJI-JUI
The Shumacher Group
P.O. Box 2995
San Antonio, TX 78299
(800) 225-0953
    Plaintiff's medical provider.

KARLA JAMES
Custodian of Records for
Dr. Ramon Loji-Hui
The Shumacher Group
P.O. Box 2995
San Antonio, TX 78299
(800) 225-0953
    May have knowledge of the medical and billing records pertaining to Plaintiff.

DR. ANA GUTIERREZ
1313 Alton Gloor Blvd., Suite C
Brownsville, TX 78521
(956) 550-8944
    Plaintiff's medical provider.

Custodian of Records for
Dr. Ana Gutierrez
1313 Alton Gloor Blvd., Suite C
Brownsville, TX 78521
(956) 550-8944
    May have knowledge of the medical and billing records pertaining to Plaintiff.

All treating physicians, personnel and staff of
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, TX 78528
(956) 350-7000
    Plaintiff's medical provider.

Custodian of Records for
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, TX 78528
(956) 350-7000
    May have knowledge of the medical and billing records pertaining to Plaintiff.

All treating physicians, personnel and staff of
Valley Baptist Medical Center
2101 Pease Street
Harlingen, TX 78550
(956) 389-1100
    Plaintiff's medical provider.

LINDA R. GONZALEZ
Custodian of Medical Records for
Valley Baptist Medical Center
2101 Pease Street
Harlingen, TX
(956) 389-1100
    May have knowledge of the medical and billing records pertaining to Plaintiff.

DIANA SALAZAR
Custodian of Records for
Valley Baptist Medical Center
2101 Pease Street
Harlingen, TX 78550
(956) 389-1100
    May have knowledge of the medical and billing records pertaining to Plaintiff.

All pharmacists, personnel and staff of
Fry's Pharmacy
721 W. Harrison Street
Harlingen, TX 78550
(956) 364-2200
    Plaintiff's medical provider.

Custodian of Records for
Fry's Pharmacy
721 W. Harrison Street
Harlingen, TX 78550
(956) 364-2200
    May have knowledge of the medical and billing records pertaining to Plaintiff.

Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

**(2)** **a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;**

The following is a list of medical, billing and/or radiological films in Defendants' possession:

1. Fry's Pharmacy - Pharmaceutical Records;
2. Fry's Pharmacy - Billing Records;
3. Valley Baptist Medical Center - Medical Records;
4. Valley Baptist Medical Center - Billing Records;
5. Valley Baptist Medical Center - Film Records;
6. San Benito Medical Associates - Medical Records;
7. San Benito Medical Associates - Billing Records;
8. Aldon B. Williams, M.D. - Medical Records;
9. Aldon B. Williams, M.D. - Billing Records;
10. Valley Regional Medical Center - Billing Records;
11. Valley Regional Medical Center - Film Records;
12. Valley Radiology Associates - Billing Records;
13. Ana Gutierrez, M.D. - Billing Records;
14. The Schumacher Group - Billing Records; and
15. Coastal Radiology Consultants, P.A. - Billing Records.

A copy of the above-mentioned records has been provided to Plaintiff via regular mail. The following records were not provided due to Affidavit of Negative Records/ Films: (1) San Benito Medical Associates - Film Records; (2) Aldon B. Williams, M.D. - Film Records; (3) Valley Radiology & Associates - Medical/Film Records; (4) Ana Gutierrez, M.D. - Medical/ Film Records; and (5) Coastal Radiology Consultants, P.A. - Medical/ Film Records. Should Plaintiff desire a copy of the Affidavits of Negative Records, please advise Defense counsel as soon as possible.

Defendant discloses that discovery is premature and it does not have sufficient information at this time to determine which documents and/or items are relevant to disputed facts alleged with particularity in the pleadings. Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant hereby makes the following disclosure of expert testimony in this case:   Defendants have retained Dr. William R. Turpin.

> Dr. William Turpin
> 1301 West 38th Street
> Suite 709 Medical Park Tower
> Austin, Texas 78705-1057
> (512) 454-4836

R. Garza/ #00407/ Pleadings/Sup1-Rule.26A                                                                 7

Dr. Turpin will testify regarding his examination of the plaintiff during Plaintiff's independent medical exam (IME) and his review of Plaintiff's medical records. Enclosed is a copy of his curriculum vitae.

                Respectfully submitted,

                **DRABEK & ASSOCIATES**
                1720 East Harrison, Suite B
                Harlingen, Texas 78550
                Telephone: 956/ 428-4544
                Facsimile:  956/ 428-4880

_____
Jaime A. Drabek
SBOT 06102410
Federal I.D. No. 8643
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, hereby certify that on this the __18th__ day of February, 2003, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery.

Mr. Frank Costilla                                   **Via Facsimile: 956/ 544-3152**
**Law Office of Frank Costilla, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520

_____
Jaime A. Drabek