IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 03 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § § | |
| vs. | § | CIVIL ACTION NO: B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. | § § § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    Telephone conference on February 26, 2003.

    Frank Costilla for the Plaintiff, Roseanna M. Garza.

    Jaime A. Drabek for Defendant, Sam's Club a/k/a Wal-Mart Stores, Inc.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

    None.

3. Briefly describe what this case is about.

    This is a slip and fall case. Plaintiff claims that on or about March 8, 2002, she was walking through an aisle in close proximity to the frozen food section and an area containing a pallet with floral and plant displays, when she suddenly slipped and fell on some water, or some other type of clear liquid.

4. Specify the allegation of federal jurisdiction.

    Diversity Jurisdiction.

5.  Name the parties who disagree and the reasons.

    None.

6.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

    H.S. Floral Heel
    2117 Peacock Road
    Richmond, Indiana 47374
    (800) 880-5393   Ext: 1119

7.  List anticipated interventions.

    None.

8.  Describe class-action issues.

    None.

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    Yes.

10. Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).

        March 27, 2003

    B.  When and to whom the plaintiff anticipates it may send interrogatories.

        Sam's Club a/k/a Wal-Mart Stores, Inc.          On or before April 27, 2003

    C.  When and to whom the defendant anticipates it may send interrogatories.

        Plaintiff, Roseanna M. Garza          On or before April 27, 2003

D. Of whom and by when the plaintiff anticipates taking oral depositions.

| | |
|---|---|
| Jose Francisco Martinez | On or before May 27, 2003 |
| Elizabeth Madrigal | On or before May 27, 2003 |
| Store Manager | On or before May 27, 2003 |

E. Of whom and by when the defendant anticipates taking oral depositions.

| | |
|---|---|
| Plaintiff, Roseanna M. Garza | On or before May 27, 2003 |
| Plaintiff's Treating Physician | On or before May 27, 2003 |

F. When the plaintiff (or the party with the burden of proof on an issue), will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

| | |
|---|---|
| Plaintiff/ Designate Experts & Reports | On or before June 2, 2003 |
| Defendant/ Designate Experts & Reports | On or before July 2, 2003 |

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

| | |
|---|---|
| Defendant's experts | On or before October 15, 2003 |

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

| | |
|---|---|
| Plaintiff's experts | On or before October 15, 2003 |

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

Interrogatories and Requests for Production

13. State the date the planned discovery can reasonably be completed.

   On or before October 15, 2003

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

   Not likely.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

   We've met and discussed it.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

   Mediation - Summer 2003.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   No objection to appointment of Magistrate.

18. State whether a jury demand has been made and if it was made on time.

   Yes.

19. Specify the number of hours it will take to present the evidence in this case.

   30 hours.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   Motion for IME.

21.     List other motions pending.

       None.

22.     Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

       None.

23.     Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

       Yes.

24.     List the names, bar numbers, addresses and telephone numbers of all counsel.

**_Attorney for Plaintiff, Roseanna M. Garza:_**
Mr. Frank Costilla
Law Offices of Frank Costilla, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152
State Bar No. 04856500
Federal ID. No. 1509


**_Attorney for Defendant, Sam's Club a/k/a Wal-Mart Stores, Inc.:_**
Mr. Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78520
Telephone: 956/ 428-4544
Facsimile: 956/ 428-4880
State Bar No. 06102410
Federal ID. No. 8643

_____*Frank Costilla*_____     　　　03/03/03
Mr. Frank Costilla                              Date
Counsel for Plaintiff


_____*Jaime A. Drabek*_____     03/03/03
Jaime A. Drabek       w/ permission       Date
Counsel for Defendant           by R