IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSEANN M. GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-210 |
| | § | |
| SAM'S CLUB | § | |
| A/K/A WAL-MART STORES, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on March 17, 2003, the Court **GRANTED** Defendant's Motion For Physical Examination [Dkt. No. 9]. Plaintiff will submit to a physical examination by Dr. William Turpin at a place and time to be agreed upon by the parties but no later than thirty days from the entry of this order. Plaintiff will bring copies of her medical records and X-rays to the examination.

DONE at Brownsville, Texas, this 17th day of March 2003.

Hilda G. Tagle
United States District Judge