# UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| versus | § | Civil Action No. B-02-210 |
| SAM'S CLUB aka WAL-MART STORES | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Roseanna M. Garza | 3/19/03 |
| [signature] | Wal-Mart | 03/21/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge Felix Recio to conduct all further proceedings, including final judgment.

3/24/03
Date

[signature]
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.