# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | |
| vs | * | CIVIL ACTION NO. B02-210 (636(c)) |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC SCHEDULING CONFERENCE

**April 8 2003, 2:00 P.M.**
(Plaintiff's counsel shall initiate the call.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

| | |
|---|---|
| PLACE: | U.S. Federal Building & Courthouse<br>600 E. Harrison, 2nd Floor<br>Brownsville, TX 78520<br>956/548-2701 |

**BY ORDER OF THE COURT**

March 27, 2003

cc:   Counsel of Record