*16*

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

APR 0 8 2003

Michael N. Milby
Clerk of Court

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

LAW CLERK:      Ryan A Byrd

Date:           April 8, 2003, 2:00 p.m.
-----------------------------------------------------------------

## B-02-210 (636(c))

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | Frank Costilla |
| VS | * | |
| SAM'S CLUB | * | Jamie Drabek |
| AKA WAL-MART STORES, INC. | | |

-----------------------------------------------------------------

## TELEPHONIC SCHEDULING CONFERENCE

Telephonic conference held with attorneys Costilla and Drabek.

The parties agreed to the docket dates. A scheduling order will be issued.