United States District Court
Southern District of Texas
FILED

SEP 30 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | |
| VS. | * | CIVIL ACTION NO. B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | * * | |

### DEFENDANT HILL FLORAL PRODUCTS, INC.'S ANSWER
### TO PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW HILL FLORAL PRODUCTS, INC., one of the Defendants herein, and files this its Answer to Plaintiff's First Amended Original Complaint, and would show the Court as follows:

1. Defendant has insufficient knowledge either to admit or deny the allegations set out in paragraph 1 of Plaintiff's First Amended Original Complaint.

2. Defendant admits the allegations set out in paragraph 2 of Plaintiff's First Amended Original Complaint.

3. Defendant admits the allegations set out in paragraph 3 of Plaintiff's First Amended Original Complaint.

4. Defendant does not contest jurisdiction.

5. Defendant has insufficient knowledge either to admit or deny the allegations set out in this paragraph.

6. Defendant has insufficient knowledge either to admit or deny the allegations set out in this paragraph.

7. Defendant denies the allegations set out in paragraph 7 of Plaintiff's First Amended

Original Complaint.

8. Defendant admits the allegations set out in paragraph 8 of Plaintiff's First Amended Original Complaint.

9. Defendant denies the allegations set out in paragraph 9 of Plaintiff's First Amended Original Complaint.

10. Defendant denies the allegations set out in paragraph 10 of Plaintiff's First Amended Original Complaint.

11. Defendant denies the allegations set out in paragraph 11 of Plaintiff's First Amended Original Complaint.

12. Defendant denies the allegations set out in paragraph 12 of Plaintiff's First Amended Original Complaint.

13. Defendant denies the allegations set out in paragraph 13 of Plaintiff's First Amended Original Complaint.

14. Defendant denies the allegations set out in paragraph 14 of Plaintiff's First Amended Original Complaint.

15. Defendant denies the allegations set out in paragraph 15 of Plaintiff's First Amended Original Complaint.

16. Defendant denies the allegations set out in paragraph 16 of Plaintiff's First Amended Original Complaint.

17. Defendant denies the allegations set out in paragraph 17 of Plaintiff's First Amended Original Complaint.

18. Defendant denies the allegations set out in paragraph 18 of Plaintiff's First Amended Original Complaint.

19. Defendant has insufficient knowledge either to admit or deny the allegations set out in paragraph 19 of Plaintiff's First Amended Original Complaint.

20. Defendant admits the allegations set out in paragraph 20 of Plaintiff's First Amended Original Complaint.

21. This Defendant denies that Plaintiff is entitled to judgment against it.

WHEREFORE, Defendant Hills Floral Products, Inc. prays that upon final trial Plaintiff's claim against it be dismissed, with costs of court adjudged against Plaintiff and for such other relief to which it may be entitled at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

W. MICHAEL FISHER
Federal ID #1080
State Bar #07062400

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail No., Return Receipt Requested, to the Attorneys, as follows:

Mr. Frank Costilla
LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Jaime Drabek
THE LAW FIRM OF DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550

on this 30th day of September, 2003.

W. MICHAEL FISHER

HILL FLORAL PRODUCTS, INC.'S ORIG.ANSWER - Page 3

usr2/lizg/mf.federal/23819.Orig.Answer