United States District Court
Southern District of Texas
FILED

OCT 2 1 2003

Michael N. Milby
Clerk of Court

# THE LAW OFFICES OF

# FRANK COSTILLA, L.P..

Frank Costilla
E-Mail: frank@costillalaw.com

Alejandro J. Garcia
E-Mail: bondo@costillalaw.com

5 EAST ELIZABETH STREET
BROWNSVILLE, TX 78520

Telephone: (956) 541-4982
Facsimile: (956) 544-3152
Web: www.costillalaw.com

October 13, 2003

Mr. Jaime A. Drabek                                          *Via Facsimile (956) 428-4880*
The Law Firm of Drabek & Associates
1720 East Harrison, Suite B
Harlingen, Texas 78550

Re:  Civil Action No. B-02-210; *Roseanna M. Garza vs. Sam's Club a/k/a Wal-Mart Stores, Inc.*
     **RULE 6 AGREEMENT**

Dear Mr. Drabek:

This is to request an additional thirty (30) days extension for our client, Roseanna M. Garza, to designate her experts and produce experts' reports. If granted, Plaintiff's designation will be due on November 14, 2003 instead of October 15, 2003. Please sign below if you are agreeable to this extension, and return to me by fax.

Thank you for your cooperation in this matter.

Sincerely,

LAW OFFICES OF FRANK COSTILLA, L.P.

Frank Costilla

FC/mg

AGREED TO:

_____                Date: 10-15-03
Jaime Drabek
Counsel for Defendant