IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSEANNA M. GARZA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-210 |
| § | |
| SAM'S CLUB a/k/a WAL-MART STORES § | |
| INC. AND HILL FLORAL PRODUCTS, § | |
| INC. § | |

United States District Court
Southern District of Texas
FILED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

### DEFENDANT, HILL FLORAL PRODUCTS, INC.'S UNOPPOSED MOTION TO EXTEND RULE 16, F.R.C.P. SCHEDULING ORDER DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes ow, HILL FLORAL PRODUCTS, INC. One of the defendants herein, and files this its Unopposed Motion to Extend the Rule 16 Scheduling Order entered herein, and as grounds therefore, would show the Court as follows:

I.

On April 10, 2003, the Court entered a Rule 16 FRCP Scheduling Order in this case. A copy of this Order is attached hereto as Exhibit "1". This Defendant was not a party to this lawsuit when the order was entered. This Defendant was first named as a Defendant in Plaintiff's First Amended Original Complaint, which was filed on September 15, 2003. This Defendant made its first appearance on September 30, 2003, in the form of its Answer to Plaintiff's Complaint.

II.

This Defendant needs more time to conduct discovery and prepare this case for either trial or settlement.

III.

This Motion is not made for the purposes of delay only, but so that justice may be served.

WHEREFORE, Defendant HILL FLORAL PRODUCTS, INC. prays that its motion be set for hearing with notice to all parties, and that after hearing and consideration, that the Court extend the Rule 16 deadlines previously set out, and for such other relief to which this Defendant may entitled at law or at equity.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
W. MICHAEL FISHER
Federal ID #1080
State Bar #07062400

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record have been contacted on this motion and there is no opposition to Defendant, Hill Floral Products, Inc.'s Motion to Extend Rule 16 FRCP Scheduling Order Deadlines.

SIGNED this __19__ day of December, 2003.

_____
W. MICHAEL FISHER

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail No., Return Receipt Requested, to the Attorneys, as follows:

Mr. Frank Costilla
LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Jaime Drabek
THE LAW FIRM OF DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550

on this 19th day of December, 2003.

_____
W. MICHAEL FISHER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 0 2003

Michael N. Milby,
By Deputy Clerk

ROSEANNA M. GARZA

VS

SAM'S CLUB
a/k/a WAL-MART STORES, INC.

C.A. NO. B-02-210
(636(c))

### RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case unless objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order.

1. December 19, 2003 — **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. December 01, 2003 — **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. September 15, 2003 — **AMENDMENT OF PLEADINGS** must be accomplished by this date.

4. October 15, 2003 — **PLAINTIFF'S' EXPERT DISCLOSURES** will be made by this date, with defendants' expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P. 26(a)(2).

5. September 15, 2003 — **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

6. December 30, 2003 — **MOTION DEADLINE**: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

7. January 15, 2004 — **MOTIONS HEARING**: A hearing to address any pending motions, including dispositive motions, will be held this date at 2:00 p.m. in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference, the parties may request by an agreed motion that this setting be canceled.

SEP 18 2003

8. January 30, 2004   **A JOINT PRETRIAL ORDER** will be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

9. February 5, 2004   **A FINAL PRETRIAL CONFERENCE** is set on this date at 2:00 p.m., before Judge Felix Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

10. February 6, 2004   **JURY SELECTION** is set on this date at 10:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

11. February 23, 2004   **JURY TRIAL** is set on this date at 9:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure too timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on 8th day of April 2003.

Felix Recio
United States Magistrate Judge