# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk: M Garcia
ERO: D Ahumada
Law Clerk: M Knicley
CSO: D Figueroa

Date: January 15, 2004 at 2:00 p.m.

---

## CV NO. B-02-~~120~~ 210 (636(c))

| | | |
|---|---|---|
| ROSEANNA M GARZA | * | F COSTILLA |
| VS | * | |
| SAM'S CLUB | * | J DRABEK |
| HILL FLORAL PRODUCTS INC | * | W FISHER |

## MOTION HEARING

F Costilla present for Ms Garza;
J Drabek present for Sam's Club;
W Fisher present for Hill Floral Products Inc.;

F Costillo addresses the Court and requests a new scheduling order be entered
  due to a new party, Hill Floral, entering the case;

The attorneys are to submit a new scheduling order to the Court by 01/23/04;

All counsel execute and file a form 636(c) before the Court;

Court adjourned.