# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

ROSEANNA M. GARZA     *

    VS     *    C.A. NO. B-02-210

SAM'S CLUB, aka WAL-MART STORES, INC. *

AND HILL FLORAL PRODUCTS, INC.     *

United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Frank Costilla | Roxanne Garza | 1-15-03 |
| Jaime Drabek | Wal-mart | 1-15-03 |
| W. Michael Fisher | Hill Floral | 1-15-03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

1/20/04
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.