United States District Court
Southern District of Texas
ENTERED

JAN 2 9 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSEANNA M. GARZA            *

VS.                          *   CIVIL ACTION NO. B-02-210
                                       (636(c))
SAM'S CLUB a/k/a WAL-MART STORES, *
INC. AND HILL FLORAL PRODUCTS,
INC.                         *

AMENDED
RULE 16, F.R.C.P. AGREED SCHEDULING ORDER

The following schedule will control the disposition of this case unless objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superceded by this Order.

1.  June 18, 2004   **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good cause exists.

2.  June 01, 2004   **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3.  March 15, 2004  **AMENDMENT OF PLEADINGS** must be accompanied by this date.

4.  April 15, 2004  **PLAINTIFF'S EXPERT DISCLOSURES** will be made by this date, with Defendants' expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P. 26(1)(2).

5.  March 15, 2004  **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

6.  June 30, 2004   **MOTION DEADLINE** All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

7.  July 15, 2004   **MOTIONS HEARING:** A hearing to address any pending motions, including dispositive motions, will be held this date at 2:00 p.m. in the 2nd Flood, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference, the parties may request by an agreed motion that this setting be canceled.

8.  July 30, 2004        **A JOINT PRETRIAL ORDER** will be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

9.  August 5, 2004       **A FINAL PRETRIAL CONFERENCE** is set on this date at 2:00 p.m., before Judge Felix Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

10. August 10, 2004      **JURY SELECTION** is set on this date at 10:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

11. _____          **JURY TRIAL** is set on this date at 9:00 a.m. before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. **Date will be set on August 10, 2004.**

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate, joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on the __26th__ day of __January__, 2004

*[signature]*

Felix Recio
United States Magistrate Judge

**AGREED TO AS TO FORM AND SUBSTANCE:**

LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982 (Tel)
(956) 544-3152 (Fax)

By: _____
Frank Costilla
Federal ID No. 1509
State Bar No. 04856500
Alejandro J. Garcia*
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF ROSEANNA M. GARZA**

THE LAW FIRM OF DRABEK & ASSOCIATES
Mr. Jaime Drabek
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544 (Tel)
(956) 428-4880 (Fax)

By: _____
Jaime Drabek*
Federal ID No. 8643
State Bar No. 06102410

**ATTORNEYS FOR SAM'S CLUB A/KA/ WAL-MART STORES, INC.**

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666 (Tel)
(956) 542-0016 (Fax)

By: _____
W. Michael Fisher
Federal ID No. 1080
State Bar No. 07062400

**ATTORNEYS FOR HILL FLORAL PRODUCTS, INC.**

* **SIGNED BY PERMISSION**

Copies to:

Alejandro J. Garcia
LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Jaime Drabek
THE LAW FIRM OF DRABEK & ASSOCIATES
Mr. Jaime Drabek
1720 E. Harrison, Suite B
Harlingen, Texas 78550

W. Michael Fisher
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520