IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | |
| VS. | * | CIVIL ACTION NO. B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | * * | |

### DEFENDANT HILL FLORAL PRODUCTS, INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW HILL FLORAL PRODUCTS, INC., one of the Defendants herein, and files this its Answer to Plaintiff's Second Amended Original Complaint, and would show the Court as follows:

1. Defendant admits the allegations set out in this paragraph.

2. Defendant admits the allegations set out in this paragraph.

3. Defendant admits the allegations set out in this paragraph.

4. Defendant admits the allegations set out in this paragraph.

5. This Defendant denies that Plaintiff Roseanna M. Garza sustained severe and disabling injuries when she allegedly slipped and fell on water or some other clear liquid while shopping at Sam's Club on March 8, 2002.

6. This Defendant has insufficient knowledge to either admit or deny the allegations set out in this paragraph.

7. This Defendant has insufficient knowledge to either admit or deny the allegations set out in this paragraph.

8. This Defendant has insufficient knowledge to either admit or deny the allegations

set out in this paragraph.

9. Defendant denies the allegations set out in this paragraph.

10. Defendant denies the allegations set out in this paragraph.

11. Defendant denies the allegations set out in this paragraph.

12. Defendant denies the allegations set out in this paragraph.

13. Defendant denies the allegations set out in this paragraph.

14. Defendant denies the allegations set out in this paragraph.

15. Defendant denies the allegations set out in this paragraph.

16. Defendant denies the allegations set out in this paragraph.

17. Defendant denies the allegations set out in this paragraph.

18. Defendant denies the allegations set out in this paragraph.

19. Defendant admits the allegations set out in this paragraph.

20. Defendant denies the allegations set out in this paragraph.

## AFFIRMATIVE DEFENSES

For its affirmative defenses, this Defendant would show:

1. That if Plaintiff was injured as she alleges, such injuries were caused by her own negligence, the negligence of others not in control of the Defendants.

2. If Plaintiff was injured as alleged, she failed to mitigate her damages.

WHEREFORE, Defendant Hills Floral Products, Inc. prays that upon final trial Plaintiff's claim against it be dismissed, with costs of court adjudged against Plaintiff and for such other relief to which it may be entitled at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
W. MICHAEL FISHER
Federal ID #1080
State Bar #07062400

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail No., Return Receipt Requested, to the Attorneys, as follows:

Mr. Frank Costilla
LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Jaime Drabek
THE LAW FIRM OF DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550

on this 22nd day of March, 2004.

_____
W. MICHAEL FISHER