United States District Court
Southern

MAY 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | § § § | |

## DEFENDANT HILL FLORAL PRODUCTS, INC.'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **HILL FLORAL PRODUCTS, INC.**, one of the Defendants in the above entitled and numbered cause, and files this its Designation of Expert Witnesses.

**HILL FLORAL PRODUCTS, INC.** designates the following expert in regard to this lawsuit:

1.  William Richmond Turpin, M.D., P.A.
    Diplomate, American Board of Neurological Surgery
    Fellow, American College of Surgeons
    1301 West 38th Street, Suite 709
    Medical Park Tower
    Austin, Texas 78705-1057
    (512) 454-4836

    Dr. William Richmond Turpin is a neurological surgeon. Dr. Turpin will testify as to the nature and extent of Plaintiff's alleged damages. Please see attached Report of Independent Medical Evaluation.

    Dr. Turpin has conducted an independent medical evaluation on Roseanna Marie Galvan Garza. Attached hereto as Exhibit 1 is his Report of Independent Medical Evaluation he conducted on Ms. Garza on April 9, 2003.

# EXHIBIT "1"

WILLIAM RICHMOND TURPIN, M.D., P.A.
DIPLOMATE, AMERICAN BOARD OF NEUROLOGICAL SURGERY
FELLOW, AMERICAN COLLEGE OF SURGEONS

1301 WEST 38TH STREET
SUITE 709 MEDICAL PARK TOWER
AUSTIN, TEXAS 78705-1057

TELEPHONE
(512)454-4836
(512)443-9808
Fax (512)454-0726

RECEIVED APR 1 4 2003 JAIME DRAPER

APRIL 9, 2003

## REPORT OF INDEPENDENT MEDICAL EVALUATION
## ON
## <u>ROSEANNA MARIE GALVAN GARZA</u>

| | |
|---|---|
| Date of birth: | 11/14/73 |
| Social Security #: | 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 |
| Date of Incident: | 3/8/02 |
| Cause #: | B-02-210 in the United States District Court for the Southern District of Texas, Brownsville Division |

**CHIEF COMPLAINT:** "Left side of back area has a herniated disk at the L5-S1 level, causing spinal stenosis."

**HISTORY OF PRESENT ILLNESS:** Apparently Sam's Club was opening a new store in Brownsville, and the patient, with her sister (Michelle Vega) had decided to attend the grand opening on the morning of 3/8/02 with their children. It was just before lunchtime, and there were many foods to be sampled and they were sampling. At the end of the aisle of high-top Reebok tennis shoes, they came to the aisle with freezers. She then remembered that there was some delicious chicken patties in the freezers and she inquired and was told that they were in the next aisle. She then went around the end of the freezers to the left, and found them in the third or fourth freezer from the end. About the time she got to the door of the freezer, she slipped, and she cannot tell which foot slipped first. She says that her sister reported to her that both feet shot up in the air and she fell in a sitting position on both buttocks, perhaps more to the left side. She then was unable to get up, and she remained on the floor about 5 minutes. During this time she remembered that as

Page -1-

ROSEANNA MARIE GARZA                                          APRIL 9, 2003

she fell she felt or heard a pop in her back, and as she sat there she noticed that there was clear liquid puddles on the cement floor - perhaps more to the right. In maybe 5 minutes the department manager (Elizabeth Madrigal), with a male named Jose, came and were able to lift her up and sat her on a pallet. She was complaining of considerable pain and says that Elizabeth offered her either Advil or Aleve. During this time also the manager took an incident report, which took another 5 minutes or so. She then tried to walk across Sam's to the other side while leaning on her basket, and she was only able to get to the middle of the store. She then had to sit down on some soft stack, and after sitting there 2 or 3 minutes, she was then able to walk out of the store and across the street, to the Valley Regional Medical Center emergency department. She was checked into the hospital 3/8/02 at 12:25 hours and complained of low back pain. The triage nurse recorded that she had fallen on a wet floor and had no history of loss of consciousness. Her vital signs were normal, and she was cooperative but anxious. She was then sent to x-ray for lumbosacral spine x-rays.

She then returned to the emergency department and was seen by Jesus Nunez, M.D., at 1420 hours. She continued to complain of back pain and a drawing indicates that it was in the left lumbar paraspinal area, was dull in character, and was radiating to the left lower extremity. There was some muscle spasm in the same area. The patient had been administered Toradol 60 mg in the left deltoid muscle at 1515 hours. The doctor interpreted the x-rays as being without evidence of recent bony trauma, and she was discharged home, with instructions to return to her personal family doctor in one week for re-evaluation of her myofascial strain in the lumbosacral area.

She was then seen by Dr. Frank Torres 3/14/02, and examination revealed that she weighed 180 pounds, and had an area of tightness in the left low back. She was continuing to complain of left low back pain. She was provided Anexia 7.5 mg with Motrin 600 mg.

Apparently she continued to complain of muscle spasm, and on 3/15/02 was provided Skelaxin with a dosage of 800 mg t.i.d. Dr. Torres saw her again 3/21/02 for followup and her symptoms had not changed significantly. She continued to complain of left low back pain and was prescribed physical therapy. On 4/4/02 she was prescribed Anexia 30

ROSEANNA MARIE GARZA                                              APRIL 9, 2003

tablets. She then returned for followup visit after three weeks of physical therapy, and continued to complain of pain in the left low back. Her weight at this time was 185 pounds. No detailed neurological examination is reported, but the patient was sent to MRI for "evaluation."

The study was accomplished 4/29/02 without contrast, and the quality of the study was severely limited by the patient's frequent motion. The only abnormality reported however was a questionable bilateral spondylolysis with Grade I retrolisthesis, and a broad-based bulge centrally and in the left paracentral area, with focal protrusion of approximately 8 mm, producing spinal stenosis. All else was said to be normal.

The patient was then seen again by Dr. Torres 5/1/02, and she weighed 187 pounds at that time. She was then referred to the pain center for evaluation by Dr. Williams. She was next seen at 5/30/02, weighing 188-1/2 pounds. No examination is recorded. Apparently the carrier had declined Dr. Williams' request for a series of three epidural steroid injections. On 5/31/02 Dr. Torres wrote a letter to whom it may concern to try and justify the efficacy of the epidural steroid injections. On 11/19/02 she requested and got a refill on her Anexia. On 12/18/02 she was seen for a cough.

A.B. Williams, M.D. (anesthesiologist), saw the patient in his pain clinic 5/16/02. At that time she reported a right lower quadrant laparoscopy for pain in 1986, and only an appendix was removed. In 1997 she also had intra-abdominal pain and an ovarian cyst was removed. In the meantime, she had produced two sons. Dr. Williams' examination suggested that she was 68 inches tall and weighed 170 pounds. She had an antalgic limp on the left side, and was unable to stand erect, and had diminished range of lumbar flexion and extension. There was tenderness to palpation in the left paraspinous muscles, extending all the way to the trochanter through the piriformis and gluteal muscles. Sensory examination was normal. Straight leg raising was said to be positive on the left, producing low back pain, and Patrick's maneuver was said to be positive on the left, producing low back pain. Deep tendon reflexes in the lower extremities were symmetrically 2+. Muscle testing suggested a give-away weakness in the left hamstring and quads. The magnitude of her pain on a scale of 5 was said to be 4.

Page -3-

ROSEANNA MARIE GARZA                                              APRIL 9, 2003

At the present time the patient complains "the pain I am getting is in my lower back. It runs down my left leg, reaching my toes, and up towards my neck area on the left," and she indicates the left shoulder superiorly. She also reports that when she inclines her trunk slightly forward the pain is relieved, and that she can no longer stand for long periods of time. She reports "I am always frustrated, irritated easily, depressed at times, and almost always in a bad mood because of my limitations that I have to live with now." On my questionnaire she circles all the symptoms that would indicate depression, including diminished libido, chronic tiredness not relieved by sleep, and she sleeps poorly because of postural troubles and because she wakes at least three times nightly with pain and numbness. The pain and numbness is located in the left side of her body, distal to the neck, and in the upper extremity the numbness is diffuse and circumferential in the entire left upper extremity, while in the lower extremity the pain and numbness are said to be more laterally. She does not give a history of bladder or bowel malfunction. She continues to be treated with Anexia and Flexeril, and also is having massage therapy once a week. She says that when she was first married she weighed 125 pounds, and that she is 68 inches tall. She no longer is able to work because of these symptoms, though she lists herself as self-employed, having formerly worked in her husband's trucking business (Garza Hauling Company).

**FAMILY HISTORY:** The family history reveals diabetes mellitus in her maternal grandmother, in her father, and in her sister. She has one 8-year-old son and one 2-1/2-year-old son. She also had one miscarriage.

**NEUROLOGICAL EXAMINATION:** Examination reveals a considerable depression which the patient appears unable to acknowledge. The examination is very difficult because of so many pain behaviors and functional give-away weaknesses and failures to perform. At times she is dysfunctional bilaterally and at other times it is predominantly on the left. I am unable to verify any clear objective neurological abnormality. Her give-away weakness is predominately in the left arm, and the lower extremities, when examined in a sitting position, reveal negative straight leg raising and negative Patrick's maneuver. Tendon reflexes are normally active and normally symmetrical in upper and lower extremities. There is no pathological response.

ROSEANNA MARIE GARZA                                        APRIL 9, 2003


**IMPRESSION:** There is an untreated depression of significant magnitude which is productive of multiple functional disturbances. She also has a significant spinal overload of long duration, with black disk disease at the L5 interspace and early evidence of disk dessication at the L4 interspace. The advanced degenerative disk disease at L5 is accompanied by considerable retrolisthesis of a degenerative nature, with considerable spurring and narrowing of the interspace at that level. There is protrusion of the severely degenerated L5 disk, without any objective evidence of radiculopathy. I cannot relate her chronic problem to the relatively minor fall in a sitting position.

**RECOMMENDATIONS:** The patient should be treated with psychiatric consultation and treatment of her depression, unloading of her spinal load to a minimum ideal weight, and by a vigorous rehabilitative exercise in the form of walking frequently and progressively farther and progressively faster - which also will help control her weight.

                                                    WILLIAM R. TURPIN, M.D.

WRT/sj

cc:   Jaime A. Drabek