IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSEANNA M. GARZA | § § § |
| VS. | § § § CIVIL ACTION NO. B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | § § |

### DEFENDANT HILL FLORAL PRODUCTS, INC.'S FIRST SUPPLEMENTAL DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **HILL FLORAL PRODUCTS, INC.**, one of the Defendants in the above entitled and numbered cause, and files this its First Supplemental Designation of Expert Witnesses. **HILL FLORAL PRODUCTS, INC.** designates the following expert in regard to this lawsuit:

1.  William Richmond Turpin, M.D., P.A.
    Diplomate, American Board of Neurological Surgery
    Fellow, American College of Surgeons
    1301 West 38th Street, Suite 709
    Medical Park Tower
    Austin, Texas 78705-1057
    (512) 454-4836

    Dr. William Richmond Turpin is a neurological surgeon. Dr. Turpin will testify as to the nature and extent of Plaintiff's alleged damages. Please see attached Report of Independent Medical Evaluation.

    Dr. Turpin has conducted an independent medical evaluation on Roseanna Marie Galvan Garza. Attached hereto as Exhibit 1 is his Report of Independent Medical Evaluation he conducted on Ms. Garza on April 9, 2003.

**SUPPLEMENTAL DESIGNATION:**

Dr. Ruben Pechero
1005 E. Nolana Loop
McAllen, Texas 78504
(956) 686-6510

Dr. Ruben Pechero is an orthopedic surgeon who is expected to testify as to the nature and extent of Plaintiff's alleged damages.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
W. Michael Fisher
State Bar #07062420
Federal ID No. 1080

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing has been mailed Certified Mail, Return Receipt Requested to Frank Costilla, LAW OFFICES OF FRANK COSTILLA, L.P., 5 East Elizabeth Street, Brownsville, Texas 78520 and Via U.S. First Class Mail to Jaime Drabek, THE LAW FIRM OF DRABEK & ASSOCIATES, 1720 E. Harrison, Suite B, Harlingen, Texas 78550, on this 10th day of May, 2004.

_____
W. Michael Fisher