United States District Court
Southern District of Texas
FILED

JUN 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs | § | CIVIL ACTION NO: B-02-210 |
| | § | |
| SAM'S EAST, INC. | § | |

## DEFENDANT SAM'S EAST, INC.'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **SAM'S EAST, INC.**, Defendant in the above entitled and numbered cause and files this its Unopposed Motion for Extension of Time to Complete Discovery, and would respectfully shows the Court the following:

1.   On the deadline for plaintiff's expert disclosure (April 15, 2004), plaintiff identified for the first time three (3) new expert witnesses, all retained by plaintiff's counsel. They are Dr. Harvey Cohen, a self-described human factors expert, Dr. Jorje E. Loyez, a neurologist, and Dr. Jose Kuri, a Brownsville neurosurgeon.

2.   The discovery cut-off date in this case is June 18, 2004. The defendants need additional time to evaluate this brand new information from these retained experts who only became involved in the case shortly before the deadline for the disclosure of plaintiff's experts. The defendants need time to confer with their clients and their experts so as to prepare for depositions which may be required of these three (3) individuals.

3.   The defendant respectfully request that the Court extend the discovery deadline until Friday, July 9, 2004 so that this new information can be evaluated and

depositions taken if deemed necessary.

4. After conference with plaintiff's counsel and counsel for co-defendant Hill Floral Products, Inc., there is no opposition to this motion.

DATED: June ____1st____, 2004.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/ 428-4544 Telephone
95/ 428-4880 Facsimile

_____
JAIME A. DRABEK
Fed. I.D. No. 8643
SBOT: 06102410
*Counsel for Defendant, Sam's Club a/k/a Wal-Mart Stores, Inc.*

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion:

_____ I have been unsuccessful in my attempt to contact opposing counsel.

_____ I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

_____ This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

___√_____ Opposing counsel has agreed or is unopposed to Movant's request under this Motion.

_____
Jaime A. Drabek

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the \_\_\_1st\_\_\_ day of June, 2004, to-wit:

| | |
|---|---|
| Mr. Frank Costilla<br>**Law Office of Frank Costilla, L.P.**<br>5 East Elizabeth Street<br>Brownsville, Texas  78520 | *<u>Via Fax No. 956/ 544-3152</u>* |
| Mr. W. Michael Fisher<br>**Roerig, Oliveira & Fisher, LLP**<br>855 W. Price Road, Suite 9<br>Brownsville, Texas  78520-8786 | *<u>Via Fax No. 956/ 542-0016</u>* |

_____
Jaime A. Drabek