United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk O. Ahumada

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § | |
| vs | § § | CIVIL ACTION NO: B-02-210 |
| SAM'S EAST, INC. | § § | (636(c)) |

## ORDER GRANTING DEFENDANT SAM'S EAST, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

On this 3rd day of June, 2004, Defendant Sam's East, Inc. came before this Court requesting an extension of time for completion of discovery. The Court, having considered the arguments of counsel, the pleadings herein, and considering that there is no opposition to said motion from the other parties, finds the Motion has merit. It is therefore

**ORDERED** that the date for completion of discovery in the above-captioned cause is hereby rescheduled from June 18, 2004 to July 9, 2004. All other schedules and deadlines shall remain the same.

SIGNED this 3rd day of June, 2003.

_____
JUDGE PRESIDING

**Copies to:**

Jaime A. Drabek, Drabek & Associates, 1720 E. Harrison, Ste. B, Harlingen, TX 78550
Frank Costilla, Law Office of Frank Costilla, L.P., 5 East Elizabeth Street, Brownsville, TX 78520