IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | |
| VS. | * | CIVIL ACTION NO. B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | * * | |

## DEFENDANT HILL FLORAL PRODUCTS, INC.'S
## FIRST MOTION FOR JUDGMENT AS A MATTER OF LAW
## OR FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW HILL FLORAL PRODUCTS, INC., one of the Defendants herein, and files this its First Motion for Judgment As a Matter of Law, pursuant to Federal Rule of Civil Procedure 50, or For Summary Judgment, pursuant to the Federal Rule of Civil Procedure 56, and as grounds therefore, would show the Court as follows:

### I.

### INTRODUCTION

Plaintiff, Roseanna M. Garza claims that she slipped and fell on water standing on the floor of a Sam's Club store located in Brownsville, Cameron County, Texas. She has sued the owner of the Sam's Club and Hill Floral Products, Inc.

### II.

### EVIDENCE IN SUPPORT OF MOTION

For the purposes of this summary judgment only, this Defendant excepts as true the factual allegations set out in paragraph 1 through 7, paragraph 9 and paragraph 14 of Plaintiff's Second Amended Original Complaint.

### III.

In paragraph 6 of Plaintiff's Second Amended Original Complaint, she says that at all times pertinent to this accident, Defendant Sam's Club was the exclusive owner, lessee, occupier or possessor of the premises in question. In paragraph 7, she says that she was an invitee of Sam's Club.

In paragraph 14, Plaintiff says that Defendant Hill Floral Products, Inc. acted negligently in the handling and operations of its floral products which allowed water and other liquid substantives to accumulate on the floor and walkways of the Sam's store.

### IV.

In essence, the Plaintiff in her Second Amended Complaint says that Sam's had exclusive control and independent control over the premises where her alleged accident took place, but that Hill Floral Products, Inc. engaged in negligent activities which allegedly caused her injuries. According to Texas law, recovery on a negligent activity theory requires that the person be injured by or as a contemporaneous result of an activity, rather than by a condition created by that activity. Timberwalk Apartments v. Cain, 972 S.W.2d 749, 753 (Tex. 1998), Keetch v. The Kroger Company, 845 S.W.2d 262, 264 (Tex. 1992). These cases stand for the proposition that if an injury was caused by a condition created by an activity rather than the activity itself, that the Plaintiff is limited to a premises liability theory of recovery.

### V.

Plaintiff herein has not, and cannot allege a premises liability case against Hill Floral Products, Inc. because Hill did not have control of the Sam's premises. Plaintiff has not alleged and cannot allege that she was injured as a contemporaneous result of the negligent activity which she alleges Hill Floral Products, Inc. engaged in. Her pleadings show that there are no genuine issues about any material fact and that Hill Floral Products, Inc. is entitled to judgment as a matter

of law.

WHEREFORE, Defendant and Movant Hill Floral Products, Inc. prays that this motion be set for hearing, and that after hearing, that the motion be granted, and that all Plaintiff's claims against Hill Floral Products, Inc. be dismissed.

> Respectfully submitted,
>
> ROERIG, OLIVEIRA, & FISHER, L.L.P.
> 855 W. Price Road, Suite 9
> Brownsville, Texas 78520
> (956) 542-5666
> (956) 542-0016 (Fax)
>
> BY: _____
> W. MICHAEL FISHER
> Federal ID #1080
> State Bar #07062400

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail No., Return Receipt Requested, to the Attorneys, as follows:

Mr. Frank Costilla
LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Jaime Drabek
THE LAW FIRM OF DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550

on this ___23___ day of June, 2004.

_____
W. MICHAEL FISHER