IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. AND HILL FLORAL | § | |
| PRODUCTS, INC. | § | |

United States District Court
Southern District of Texas
FILED
JUL 0 9 2004
Michael N. Milby
Clerk of Court

## MOTION FOR LEAVE TO FILE PLAINTIFF'S
## THIRD AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ROSEANNA M. GARZA, PLAINTIFF in the above-entitled and numbered cause, and moves this Court, pursuant to Federal Rule of Civil Procedure 15, for leave to amend and file her Third Amended Original Complaint, and in support thereof would respectfully show the following:

1. This is a personal injury case arising from a slip and fall that occurred on March 8, 2002 at the Sam's Club in Brownsville, Texas. Hill Floral is a vendor partner with Sam's Club and operates the floral department within the store. Jury selection in this case is scheduled for August 10, 2004.

2. Plaintiff seeks leave of court to amend its complaint in order to clarify the causes of action against the two defendants. Although the agreed scheduling order provided for the amendment of pleadings by March 15, 2004, this amendment is appropriate based on: (a) the fact that Hill Floral recently responded to Plaintiff's discovery on June 10, 2004; and (b) the fact that Hill Floral filed a motion for summary judgment on June 23, 2004, which is founded on the clarification of the allegations against it.

3.   Plaintiff's Third Amended Complaint, which is being filed of even date herewith, will not prejudice the Defendants but instead merely adds clarification to the previous complaint. Moreover, this amendment is requested by Plaintiff to allow her to conform her complaint to the evidence to be submitted during the trial of this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests leave to amend be granted in order to file Plaintiff's Third Amended Original Complaint, and for all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:   (956) 544-3152

_____
**Frank Costilla**
Federal ID No. 1509
State Bar No. 04856500
**Alejandro J. "Hondo" Garcia**
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that I have corresponded with counsel for Defendants regarding the filing of this Motion. Defendant Hill Floral is opposed and Defendant Sam's Club did not respond.

_____
Alejandro J. "Hondo" Garcia

## CERTIFICATE OF SERVICE

On this the 9th day of July, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel, as indicated below:

Mr. Jaime Drabek                                    Via CM/RRR # 7003 1010 0003 6965 4241
The Law Firm of Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, TX 78550

Mr. W. Michael Fisher                               Via CM/RRR # 7003 1010 0003 6965 4258
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

_____
Alejandro J. "Hondo" Garcia