

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. AND HILL FLORAL | § | |
| PRODUCTS, INC. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT HILL FLORAL
PRODUCTS, INC.'S FIRST MOTION FOR JUDGMENT AS
A MATTER OF LAW OR FOR SUMMARY JUDGMENT**

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

_____
**Frank Costilla**
Federal ID No. 1509
State Bar No. 04856500
**Alejandro J. "Hondo" Garcia**
State Bar No. 24004663
Federal I.D. No. 30411

## TABLE OF CONTENTS

| | |
|---|---|
| Table of Contents .................................................................................................. | 2 |
| Table of Authorities ............................................................................................... | 3 |
| Introduction ........................................................................................................... | 4 |
| Summary Judgment Evidence ............................................................................... | 4-5 |
| Summary of Argument .......................................................................................... | 5 |
| Factual Summary and Statement of Genuine Issues ............................................. | 5-6 |
| Legal Argument and Authority.............................................................................. | 6-9 |
| Conclusion ............................................................................................................. | 9 |
| Prayer .................................................................................................................... | 10 |

# TABLE OF AUTHORITIES

<u>Cases</u>

*City of Denton v. Page*, 701 S.W.2d 831 (Tex. 1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Dow Chem. Co. v. Bright,* 89 S.W.3d 602, 606 (Tex.2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Keetch v. Kroger Co*, 845 S.W.2d 363 (Tex. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

*Lefmark Mgmt. Co. v. Old*, 946 S.W.2d 52, 54 (Tex. 1997). . . . . . . . . . . . . . . . . . . . . . . . . 8, 9

*Strakos v. Gehring*, 360 S.W.2d 787 (Tex. 1962). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Timberwalk Apartments v. Cain*, 972 S.W.2d 749 (Tex. 1998) . . . . . . . . . . . . . . . . . . . . . . . . .9

*Crown Derrick Erectors, Inc. v. Dew*, 117 S.W.3d 526
(Tex. App.–Beaumont 2003, pet. filed). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

*Gundolf v. Massman-Johnson*, 473 S.W.2d 70
(Tex. Civ. App.–Beaumont 1971, writ ref'd n.r.e.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8