United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. AND HILL FLORAL | § | |
| PRODUCTS, INC. | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT HILL FLORAL PRODUCTS, INC.'S FIRST MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff ROSEANNA M. GARZA, and files her response to Defendant Hill Floral Products, Inc.'s motion identified above and would show the court as follows:

### INTRODUCTION

On March 8, 2002, Plaintiff Roseanna Garza sustained personal injuries when she slipped and fell on water, or some type of clear liquid, while shopping at the Sam's Club located at 3570 W. Alton Gloor Blvd in Brownsville, Texas. Plaintiff's causes of action against Defendants are based on premises liability and negligence. By its motion for summary judgment, Hill Floral seeks to absolve itself of liability by arguing that it owes no duty to Sam's Club customers/members because Sam's Club owns the premises. Hill Floral's motion is without merit and its legal argument is flawed. Accordingly, Defendant Hill Floral's motion should be denied.

### SUMMARY JUDGMENT EVIDENCE

Exhibit A    Texas Dept. of Agriculture Nursery/Floral License to Sell

Exhibit B    Deposition Excerpts of Benedicta Martinez, taken September 18, 2003

Exhibit C        Hill Floral Operations Manual - Identification of "Vendor Partner" with Sam's

Exhibit D        Hill Floral Operations Manual - Safety Prevention

Exhibit E        Hill Floral Operations Manual - Merchandising Counters

Exhibit F        Hill Floral Operations Manual - Shared Facilities

## SUMMARY OF ARGUMENT

Defendant Hill Floral owed a duty to Plaintiff because, by virtue of conducting its business operations within the Sam's Club, it retained the necessary element of control over the premises that subjects it to liability. Additionally, Hill Floral created the dangerous condition and it also took responsibility for making safe a known, dangerous condition within the store.

Hill Floral's motion asserts that Plaintiff's claims are barred as a matter of law because Defendant owes no legal duty to Plaintiff based on the manner in which Plaintiff has plead her case. At best, Defendant's argument is the proper subject of special exceptions but it does not provide a legal basis for summary judgment. Nevertheless, Plaintiff has filed a Third Amended Original Complaint in conjunction with a Motion for Leave to Amend to clarify her complaints against Defendants. Notwithstanding the amended complaint, Plaintiff's live pleading adequately supports Plaintiff's claims against Defendant Hill Floral.

## FACTUAL SUMMARY AND STATEMENT OF GENUINE ISSUES

Hill Floral operates the Floral Department within the Sam's Club where the incident took place. In fact, Hill Floral is licensed by the Texas Department of Agriculture to sell nursery/floral products at 3570 W. Alton Gloor, Brownsville, Texas. Ex. A. Benedicta Martinez is the Department Manager for Hill Floral at the Sam's location on Alton Gloor. Ex. B, pp. 8:18-25, 9:1-6. Hill Floral's duties, performed through its employee Ms. Martinez, include responsibility for everything

that is happening in the department, for sales, marketing and providing services to Sam's customers/members. Ex. B, p. 10:12-23. According to Ms. Martinez, the initial offloading of the flowers is the responsibility of the Sam's Club Receiving Department. Ex. B, pp. 11:24-25, 12:1-25. After the flowers are offloaded, Hill Floral maintains responsibility for moving the flowers, and is assisted at times by Sam's Club employees. Ex. B, pp. 13:23-35, 14:1-3. Ms. Martinez testified that in addition to the area of the store where the floral department is located, Hill Floral also operates and stores product in the Sam's Club produce coolers. Ex. B, pp. 17:6-25, 18:1-13. Hill Floral's responsibilities include moving flowers from the produce cooler to the floral department. Ex. B, p. 18:14-20.

Additionally, Hill Floral's operations manual identifies itself as a "vendor partner" with Sam's Club and discusses the floral departments's responsibilities to, among other things, maintain the floral displays. Ex. C. The manual also provides safety prevention tips as well as cleaning and safety standards for the floral department and produce coolers. Ex. D.    The manual instructs Hill Floral employees how to establish merchandising counters through illustrations with various sample set ups. Ex. E. Shared facilities within the store include, but are not limited to the produce cooler and "flex areas" during peak sales periods. Ex. F.

## LEGAL ARGUMENT AND AUTHORITY

Contrary to Defendant's assertion, Hill Floral owes a duty to Sam's customers/members based on well-established principles of law. *Strakos v. Gehring*, 360 S.W.2d 787 (Tex. 1962) provides the backdrop for establishing the duty which Hill Floral incorrectly denies it owed. There, the Texas Supreme Court held that a fence subcontractor who had removed fence posts in anticipation of a highway improvement project and who had left the fence postholes open was liable

for injuries sustained by a motorist even though the fence contractor's work had already been accepted by the county/owner. *Id.* at 790. The court explained:

> The fact that one who assumes control over a dangerous condition left by a contractor may be liable for injuries resulting therefrom does not necessarily mean that he who creates the danger should escape liability.
>
> The law places a duty to warn of dangerous conditions on a public highway upon one who creates such conditions or who is in control of the area and permits such conditions to persist.

*Id.* at 790, 795.

In *City of Denton v. Page*, 701 S.W.2d 831 (Tex. 1986), the Supreme Court revisits the issue of the duty owed by a third party to a plaintiff even though the third party is not the owner of the premises. There, the court held that the City of Denton could not be held responsible on the theory of the fire marshal's alleged negligent acts of investigation regarding claims arising from the fire marshal's failure to discover flammable materials in a storage building. *Id.* at 835. The basis for the court's decision was that the City of Denton did not assume control over the storage building and did not assume a duty to discover any dangerous condition existing on the premises. *Id.* at 834.

*Strakos* and *City of Denton* identify and reiterate the principles of law that impose upon Hill Floral the duty which precludes summary judgment. They are:

1. Possession and control over the premises must be shown as a prerequisite to liability;

2. Additionally, a private person who has created the dangerous condition may be liable even though not in control of the premises at the time of the injury; and

3. A private person who agrees to make safe a known, dangerous condition of real property may be liable for the failure to remedy the condition.

*City of Denton*, 701 S.W.2d at 835; *Strakos*, 360 S.W.2d at 790; *see also Lefmark Mgmt. Co. v. Old*,

946 S.W.2d 52, 54 (Tex. 1997); *Crown Derrick Erectors, Inc. v. Dew*, 117 S.W.3d 526 (Tex. App.–Beaumont 2003, pet. filed); *Gundolf v. Massman-Johnson*, 473 S.W.2d 70 (Tex. Civ. App.–Beaumont 1971, writ ref'd n.r.e.).

Applying these provisions of law to the facts and circumstances of the case at bar, Defendant Hill Floral owed Plaintiff a duty on all three fronts. Furthermore, the circumstances and facts of this case are clearly distinguishable from those in the *City of Denton*. First, it is undisputed that Hill Floral was an occupier of the premises, albeit not the premises owner. Hill Floral maintained the floral department within the Sam's Club and conducted its business operations there. Hill Floral shared facilities with Sam's Club such as the produce cooler. Hill Floral moved its product throughout the store and maintained an entire department or area of the store for its own use. Thus, Hill Floral was an occupier of the premises and as such, maintained the requisite element of "control" over the premises. Control can be demonstrated by ownership, occupation, management, or possession of property. *Lefmark Mgmt. Co.*, 946 S.W.2d at 54. The elements of control can be proven by (1) a contractual agreement assigning a right to control or (2) evidence of actual control. *Dow Chem. Co. v. Bright,* 89 S.W.3d 602, 606 (Tex.2002). Hill Floral's contention in its motion that it did not have control of the Sam's premises is incorrect.

Second, even if Hill Floral is not deemed to be "in control" of the premises in question, liability is still imposed upon Hill Floral because Plaintiff has asserted in her complaint that Hill Floral and Sam's Club created the dangerous condition causing Plaintiff's injury. This is a genuine issue of material fact that will be presented to a jury and precludes summary judgment.

Third, Defendant Hill Floral's employee, Benedicta Martinez, has testified that she has undertaken the responsibility of making safe dangerous conditions within the store. At her

deposition, taken September 18, 2003, Ms. Martinez was asked whose responsibility it was to clean

up water in the freezer/cooler area of the store where Plaintiff fell. Her answer:

A.    It will be my responsibility

Q.    Even if it's in the freezer cooler area?

A.    Yes.

Q.    Why is that?

A.    Well, because we're responsible for any – I mean anything that is – any –
      how can I say this? If I see it, I'm going to clean it up. I'm not going to wait
      for the next person to do it for me. I'm not going to leave it there just
      because it's not my department.

Ex. B, p. 27:17-25, 28:1-5.

The cases cited by Defendant in support of its motion, *Keetch v. Kroger Co*, 845 S.W.2d 363

(Tex. 1992) and *Timberwalk Apartments v. Cain*, 972 S.W.2d 749 (Tex. 1998) do not support Hill

Floral's motion. Defendant Sam's Club response to Hill Floral's motion correctly points out that

*Keetch* did not involve a third party. Moreover, the issue in *Keetch* was whether the court erred by

submitting a negligent activity question to the jury. That issue is distinguishable from the one

presented here: Does Hill Floral, a third party entity who is not the owner of the premises, owe a duty

to Plaintiff? The answer is clearly "Yes." *Timberwalk* is also not applicable because the controlling

issue in that case was the foreseeability of a rapist's criminal activity at an apartment complex.

## CONCLUSION

The gist of Defendant's motion is a complaint about the way Plaintiff has plead in her Second

Amended Original Complaint . Defendant's argument is the proper subject of Special Exceptions

to the pleading and not a motion for summary judgment. Nevertheless, Plaintiff has filed her Third

Amended Original Complaint in conjunction with a Motion for Leave to Amend to make clear the

claims against Hill Floral. Notwithstanding the amended complaint, however, Plaintiff's Second Amended Complaint makes clear that it 1) occupied and operated its business within the Sam's Club; 2) created the dangerous condition; and 3) failed to clean up the dangerous condition. Hill Floral owed a duty to Plaintiff as a matter of law and it is not entitled to summary judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant Hill Floral's First Motion for Judgment as a Matter of Law or for Summary Judgment be denied on all grounds and that Plaintiff have a trial on the merits in this cause. Plaintiff further prays that all taxable costs of court be taxed against Defendants and for such other and further relief, at law or in equity, to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:    (956) 541-4982
Facsimile:    (956) 544-3152

**Frank Costilla**
Federal ID No. 1509
State Bar No. 04856500
**Alejandro J. "Hondo" Garcia**
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this the 13th day of July, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel, as indicated below:

Mr. W. Michael Fisher                               Via **CM/RRR # 7003 1010 0003 6965 4296**
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

Mr. Jaime Drabek                                    Via **Regular Mail**
The Law Firm of Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, TX 78550

Alejandro J. "Hondo" Garcia

**PLAINTIFF'S RESPONSE TO DEFENDANT HILL FLORAL'S
MOTION FOR SUMMARY JUDGMENT**                                    Page 11



**TEXAS DEPARTMENT OF AGRICULTURE**
SUSAN COMBS, COMMISSIONER
P. O. BOX 12847   AUSTIN, TX  78711-2847
1-800-TELL-TDA (1-800-835-5832)
For the hearing impaired: (1-800-735-2989) TDD (1-800-735-2988) VOICE
www.agr.state.tx.us

NURSERY/FLORAL CERTIFICATE OF REGISTRATION

This is to certify that the person listed below is licensed to sell nursery/floral products at the indicated location in accordance with Texas Agriculture Code Chapter 71.

HS FLORAL DISTRIBUTORS #8126                    Client Name:  HS FLORAL DISTRIBUTORS
3570 W ALTON GLOOR                              TDA Client No:  00000172
BROWNSVILLE, TX 78526

CERTIFICATE NO: 0324847                         CERTIFICATE TYPE:  NURSERY FLORAL CLASS 1
Effective Date:  October 31, 2003               Expiration Date:  October 31, 2004

**MUST BE POSTED IN A CONSPICUOUS LOCATION          THIS CERTIFICATE IS NON-TRANSFERABLE**

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSEANNA M. GARZA,          ) (
      Plaintiff          ) (
                         ) (
VS.                         ) (      CIVIL ACTION NO. B-02-210
                         ) (
SAM'S CLUB a/k/a WAL-MART   ) (
STORES, INC.,               ) (
      Defendant          ) (

---

ORAL AND VIDEOTAPED DEPOSITION OF
BENEDICTA MARTINEZ
SEPTEMBER 18, 2003          COPY

---

      ORAL AND VIDEOTAPED DEPOSITION OF BENEDICTA

MARTINEZ, produced as a witness at the instance of the

PLAINTIFF, taken in the above styled and numbered cause

on SEPTEMBER 18, 2003, reported by CORINNA N. GARCIA,

Certified Court Reporter No. 5210, in and for the State

of Texas, at the offices of Roerig, Oliveira & Fisher,

L.L.P., 855 West Price Road, Suite 9, Brownsville,

Texas, pursuant to the Federal Rules of Civil Procedure.

EXHIBIT 1

```
 1                  THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        BROWNSVILLE DIVISION

 3   ROSEANNA M. GARZA,            ) (
             Plaintiff            ) (
 4                                 ) (
     VS.                           ) (   CIVIL ACTION NO. B-02-210
 5                                 ) (
     SAM'S CLUB a/k/a WAL-MART    ) (
 6   STORES, INC.,                 ) (
             Defendant            ) (
 7

 8                   REPORTER'S CERTIFICATE

 9
              I, CORINNA N. GARCIA, Certified Court
10   Reporter, certify that the witness, BENEDICTA MARTINEZ,
     was duly sworn by me, and that the deposition is a true
11   and correct record of the testimony given by the witness
     on SEPTEMBER 18, 2003; that the deposition was reported
12   by me in stenograph and was subsequently transcribed
     under my supervision.
13            I FURTHER CERTIFY that I am not a
     relative, employee, attorney or counsel of any of the
14   parties, nor a relative or employee of such attorney or
     counsel, nor am I financially interested in the action.
15            WITNESS MY HAND on this the 3RD  day of
     October             , 2003.
16
                       Corinna n Garcia by: ROM
17                   CORINNA N. GARCIA, CSR NO. 5210
                     Expiration Date: 12/31/03
18                   Bryant & Stingley, Inc.
                     2010 East Harrison
19                   Harlingen, Texas  78550
                     (956) 428-0755
20

21

22

23

24

25
```

Disk

16:31:31 1      Q.  As far as you know, she's still the district

16:31:34 2  supervisor?

16:31:34 3      A.  No.

16:31:36 4      Q.  As far as you know, she's still working with

16:31:39 5  them?

16:31:39 6      A.  No.

16:31:40 7      Q.  Working with Hill?

16:31:40 8      A.  I'm not sure.

16:31:41 9      Q.  Okay.  Who is your immediate supervisor?

16:31:44 10      A.  Lucy Carmona.

16:31:50 11      Q.  And is Lucy down here in Brownsville, or where

16:31:55 12  does Lucy have her office?

16:31:57 13      A.  San Antonio.

16:31:58 14      Q.  Okay.  What's her title, if you know?

16:32:03 15      A.  District supervisor.

16:32:04 16      Q.  She's the district supervisor?

16:32:06 17      A.  Yes.

16:32:06 18      Q.  Okay.  Presently you work for Hill Floral.

16:32:23 19  Where do you work?

16:32:25 20      A.  At Sam's.

16:32:28 21      Q.  Okay.  Is it the Sam's on Alton Gloor in

16:32:32 22  Brownsville?

16:32:32 23      A.  On Alton Gloor, yes.

16:32:34 24      Q.  Okay.  Since you've been with Hill, have you

16:32:36 25  always been working at that Sam's?

| | | |
|---|---|---|
| 16:32:38 | 1 | A.   Yes. |
| 16:32:39 | 2 | Q.   Okay.  What is your title there? |
| 16:32:46 | 3 | A.   Department manager. |
| 16:32:52 | 4 | Q.   And I understand that to be the floral |
| 16:32:55 | 5 | department? |
| 16:32:55 | 6 | A.   Yes. |
| 16:32:56 | 7 | Q.   Okay.  Does anybody else work there at Sam's |
| 16:33:15 | 8 | with you that's also an employee of Hill's? |
| 16:33:19 | 9 | A.   Yes. |
| 16:33:19 | 10 | Q.   Okay.  Who would that be?  What other employees |
| 16:33:27 | 11 | that work for Hill work at the Sam's where you work? |
| 16:33:29 | 12 | A.   There is another person employed there. |
| 16:33:31 | 13 | Q.   Okay.  What is that person's name? |
| 16:33:35 | 14 | A.   Josefina Rubiano. |
| 16:33:39 | 15 | Q.   Josefina Rubiano? |
| 16:33:43 | 16 | A.   Rubiano, yes. |
| 16:33:45 | 17 | Q.   Okay.  Are you his supervisor? |
| 16:33:48 | 18 | A.   Yes. |
| 16:33:49 | 19 | Q.   All right.  How long has he been working there? |
| 16:33:54 | 20 | A.   She's been -- I'm not sure. |
| 16:33:56 | 21 | Q.   She?  I'm sorry. |
| 16:33:58 | 22 | A.   Yes, she's a she.  I don't remember exactly the |
| 16:34:04 | 23 | date. |
| 16:34:04 | 24 | Q.   Okay.  Has she been working there as long as you |
| 16:34:08 | 25 | have? |

16:34:08 1    A.   No.

16:34:22 2    Q.   When you get paid, do you get paid by Hill, by

16:34:30 3    your employer, or do you receive a check from Sam's?

16:34:35 4    A.   By Hill.

16:34:36 5    Q.   Okay.  Do you know what type of arrangement

16:34:43 6    Sam's/Wal-Mart has with Hill?

16:34:45 7    A.   No, I don't.

16:34:46 8    Q.   Okay.  Does Hill do -- are they in other Sam's

16:34:57 9    facilities around the state?  Do you know?

16:35:01 10   A.   I'm not aware exactly, but they have other

16:35:08 11   places in other stores.

16:35:09 12   Q.   Okay.  As the department manager, what do you do

16:35:20 13   there at the Sam's, at the Sam's store?  What are your

16:35:26 14   duties?  What are your job duties there at Sam's?

16:35:29 15   A.   Okay.  I'm responsible basically for everything

16:35:32 16   that is happening in the department, for sales,

16:35:40 17   marketing, and providing good service for members and

16:35:44 18   also make sure that the department looks basically fully

16:35:50 19   stocked every time -- I mean, every day.

16:35:56 20   Q.   You use the word "members."  Is that a customer?

16:35:59 21   A.   Yes.

16:36:00 22   Q.   Is that about the same thing as a customer?

16:36:03 23   A.   Yes, correct.

16:36:04 24   Q.   Okay.  How about Ms. Rubiano, what are her

16:36:09 25   duties?

| | | |
|---|---|---|
| 16:36:09 | 1 | A. She is also basically about the same thing that |
| 16:36:13 | 2 | I do when I'm not there. |
| 16:36:17 | 3 | Q. Okay. Are you a full-time employee? |
| 16:36:20 | 4 | A. Yes. |
| 16:36:20 | 5 | Q. And is Ms. Rubiano as well? |
| 16:36:23 | 6 | A. Part-time. |
| 16:36:24 | 7 | Q. Part-time? |
| 16:36:24 | 8 | A. Yes. |
| 16:36:33 | 9 | Q. Floral department, obviously, sells flowers? |
| 16:36:37 | 10 | A. Correct. |
| 16:36:38 | 11 | Q. How do you all get those flowers? Are they |
| 16:36:42 | 12 | shipped in from somewhere, or how are they delivered to |
| 16:36:46 | 13 | the store? |
| 16:36:46 | 14 | A. They're shipped to the store. |
| 16:36:48 | 15 | Q. Okay. Big 18-wheeler truck comes or something? |
| 16:36:51 | 16 | A. Yes. |
| 16:36:52 | 17 | Q. With a lot of flowers in it? |
| 16:36:54 | 18 | A. Yes. |
| 16:36:55 | 19 | Q. Okay. Are you aware that a shipment will be |
| 16:36:57 | 20 | coming in -- |
| 16:36:58 | 21 | A. Yes. |
| 16:36:58 | 22 | Q. -- before it comes in? |
| 16:37:00 | 23 | A. Yes. |
| 16:37:00 | 24 | Q. Whose responsibility is it to unload the truck? |
| 16:37:06 | 25 | A. Receiving department. |

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366   (956)428-0755   (956)542-1020

| | | |
|---|---|---|
| 16:37:06 | 1 | Q.   Okay.   Is the receiving department part of |
| 16:37:10 | 2 | Hill's or is it part of Sam's? |
| 16:37:15 | 3 | A.   Sam's. |
| 16:37:15 | 4 | Q.   So Sam's employees make up the receiving |
| 16:37:17 | 5 | department? |
| 16:37:17 | 6 | A.   Yes. |
| 16:37:18 | 7 | Q.   Okay.   And it's their job to unload the truck? |
| 16:37:23 | 8 | A.   Correct. |
| 16:37:23 | 9 | Q.   Okay.   After they've unloaded it, what happens |
| 16:37:32 | 10 | next?   All the flowers are now off the truck.   I take it |
| 16:37:35 | 11 | somewhere in -- |
| 16:37:36 | 12 | A.   They take it to the floral department, and then |
| 16:37:39 | 13 | from there I -- |
| 16:37:40 | 14 | Q.   Okay.   They -- they're responsible for moving |
| 16:37:43 | 15 | everything to the floral department? |
| 16:37:45 | 16 | A.   Yes. |
| 16:37:45 | 17 | Q.   Okay.   The procedure that you've just described |
| 16:37:48 | 18 | where the truck comes in, it's unloaded by receiving, |
| 16:37:52 | 19 | and everything is delivered to your department, is that |
| 16:37:56 | 20 | the procedure that's always been in place since March of |
| 16:37:59 | 21 | last year or since you started? |
| 16:38:01 | 22 | A.   Correct. |
| 16:38:01 | 23 | Q.   All right.   Do you have any responsibility for |
| 16:38:07 | 24 | doing any unloading yourself? |
| 16:38:09 | 25 | A.   No, I don't. |

| | | |
|---|---|---|
| 16:38:10 | 1 | Q.   Are the flowers brought in on pallets, or how |
| 16:38:18 | 2 | are they brought in?  Are they -- |
| 16:38:20 | 3 | A.   Sometimes in pallets. |
| 16:38:21 | 4 | Q.   Are they just loose? |
| 16:38:22 | 5 | A.   No, sometimes in pallets or sometimes they use |
| 16:38:25 | 6 | the forklift. |
| 16:38:26 | 7 | Q.   Okay.  They use the forklift to lift up the |
| 16:38:31 | 8 | pallets? |
| 16:38:31 | 9 | A.   Yes. |
| 16:38:32 | 10 | Q.   All right.  When they don't use a forklift, is |
| 16:38:36 | 11 | there another means of moving the pallets around? |
| 16:38:39 | 12 | A.   Yes, a regular pallet jack. |
| 16:38:41 | 13 | Q.   Okay.  Are you responsible for ever using the |
| 16:38:46 | 14 | forklift or the pallet jacks? |
| 16:38:48 | 15 | A.   Only the pallet jack. |
| 16:38:49 | 16 | Q.   Okay.  Are you required to move your own |
| 16:38:54 | 17 | flowers, or do you reply on Sam's employees to do that |
| 16:38:59 | 18 | for you? |
| 16:39:01 | 19 | A.   No, I don't rely.  I am responsible for that, |
| 16:39:05 | 20 | but they're very helpful.  They help me to carry my |
| 16:39:09 | 21 | product over.  Or when they see that I need help, they |
| 16:39:12 | 22 | help me. |
| 16:39:12 | 23 | Q.   Okay.  So you're responsible for moving the |
| 16:39:19 | 24 | flowers.  Once they've been offloaded, you're |
| 16:39:23 | 25 | responsible for moving them to your department, but |

16:39:24  1    sometimes you get help from Sam's employees; is that

16:39:28  2    right?

16:39:28  3         A.   Correct.

16:39:29  4         Q.   Okay.  When you first started at Sam's, did

16:39:41  5    anybody explain to you whose job it was to unload and

16:39:46  6    whose job it was to move them from here to the

16:39:51  7    department?  I mean, did you all have a meeting or

16:39:54  8    something to discuss the way that was going to take

16:39:57  9    place?

16:40:00 10         A.   It was explained to me.

16:40:04 11         Q.   Okay.  Who would have explained that to you?

16:40:08 12         A.   My district manager.

16:40:09 13         Q.   Okay.  And at that time her name was Mary?

16:40:16 14         A.   Mary.

16:40:17 15         Q.   Mary.  We don't know her last name.  I'm going

16:40:32 16    to now ask you what you might know about this accident,

16:40:38 17    okay?  As I told you, I represent a lady named Roseanna

16:40:50 18    Garza.  She contends that she slipped on some water at

16:40:54 19    the Sam's Club, or some sort of liquid that was on the

16:41:00 20    floor, back on March 8th of last year.  Were you working

16:41:04 21    at Sam's on March 8th of last year?

16:41:07 22         A.   Yes.

16:41:07 23         Q.   Okay.  You told me that you had just started

16:41:11 24    working in March.  So I guess you hadn't been there very

16:41:14 25    long; is that correct?

16:44:46  1  you in that plan.

16:44:56  2       A.   Okay.  A little bit.

16:44:58  3       Q.   Does that look like the layout of the Sam's

16:45:02  4  store where you work at?

16:45:19  5       A.   Kind of looks similar.

16:45:21  6       Q.   All right.  Is your department shown on the area

16:45:29  7  where you work at?  Is your department shown there?

16:45:33  8  Maybe to the far left?

16:45:50  9       A.   Yes.

16:45:52 10       Q.   Okay.  I'd like you to take this pen and mark a

16:46:02 11  circle around your department area.

16:46:07 12       A.   All right.

16:46:09 13       Q.   Okay.  Is your department limited to that area?

16:46:19 14  I mean, are you in any other parts of the store that are

16:46:22 15  not shown here on this plan?  I mean the floral

16:46:26 16  department.

16:46:29 17       A.   Any other -- can you repeat that question again?

16:46:32 18       Q.   Yeah, and I apologize.  Did the floral

16:46:36 19  department have any other areas in the store where you

16:46:39 20  take care of your business that are not shown on this

16:46:50 21  plan?

16:46:51 22       A.   Yes.

16:46:51 23       Q.   And I apologize, because, you know, this is just

16:46:54 24  a small part of the whole store.

16:46:57 25       A.   Yes.

| 16:46:57 | 1 | Q. It's a very big store. |
| 16:47:00 | 2 | A. No, it's okay. |
| 16:47:01 | 3 | Q. What other areas? |
| 16:47:02 | 4 | A. I keep part of my flowers in the produce cooler. |
| 16:47:06 | 5 | Q. Okay. And where is that located? |
| 16:47:09 | 6 | A. It's -- |
| 16:47:10 | 7 | Q. Is it shown on the plan? |
| 16:47:14 | 8 | A. No, I don't see it. |
| 16:47:17 | 9 | Q. Okay. |
| 16:47:18 | 10 | A. No. |
| 16:47:19 | 11 | Q. Is it -- in relation to the layout of the store, |
| 16:47:24 | 12 | is it towards the back of the store? |
| 16:47:26 | 13 | A. Correct. |
| 16:47:26 | 14 | Q. Okay. Who moves the flowers from the delivery |
| 16:47:35 | 15 | truck to the produce cooler? Who is responsible for |
| 16:47:40 | 16 | that? Is that the receiving guys? |
| 16:47:42 | 17 | A. Correct. |
| 16:47:43 | 18 | Q. Okay. And then your responsibilities are to |
| 16:47:51 | 19 | move them from the produce cooler to your area? |
| 16:47:53 | 20 | A. Correct. |
| 16:47:54 | 21 | Q. All right. Do you remember -- from looking at |
| 16:48:00 | 22 | this map, do you know where Ms. Garza fell? |
| 16:48:07 | 23 | A. I want -- |
| 16:48:08 | 24 | Q. Do you recall? |
| 16:48:09 | 25 | A. I want to say it was in this aisle right here. |

16:59:28 1    you'd only been working there a few days.

16:59:30 2        A.  Well, I remember just seeing water like coming

16:59:35 3    from the doors.  And they were kind of spilling a little

16:59:40 4    bit of water down, but not a lot a lot of water.

16:59:44 5        Q.  Okay.  Sometimes when it gets real cold the

16:59:51 6    doors get condensation on them, or if somebody leaves it

16:59:53 7    open too long, you know, maybe -- is that the kind of

16:59:56 8    water you're talking about?

16:59:57 9        A.  That's the kind of water I'm talking about,

16:59:59 10   correct.

16:59:59 11       Q.  Okay.  So just condensation from the doors is

17:00:05 12   the only water you saw, but nothing else really?

17:00:08 13       A.  No.

17:00:08 14       Q.  Okay.  You weren't aware of any leaks from the

17:00:13 15   roof or --

17:00:13 16       A.  No.

17:00:14 17       Q.  -- anything like that?  If -- if you are to

17:00:23 18   see -- if you see water, say, today or -- yeah, today,

17:00:32 19   if you see water in that area, in the freezer cooler

17:00:35 20   area, whose responsibility is it to clean it up, you --

17:00:39 21   yours or somebody with Sam's?

17:00:41 22       A.  It will be my responsibility.

17:00:44 23       Q.  Even if it's in the freezer cooler area?

17:00:46 24       A.  Yes.

17:00:47 25       Q.  Okay.  Why is that?

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755   (956)542-1020

17:00:48 1  A.  Well, because we're responsible for any -- I

17:00:57 2  mean, anything that is -- any -- how can I say this?  If

17:01:03 3  I see it, I'm going to clean it up.  I'm not going to

17:01:07 4  wait for the next person to do it for me.  I'm not going

17:01:10 5  to leave it there just because it's not my department.

17:01:13 6  Q.  Okay.  And, obviously, you don't go around with

17:01:28 7  a mop, you know, looking for water?

17:01:31 8  A.  No.

17:01:32 9  Q.  So what would you -- what would you do?  How

17:01:37 10 would you go about cleaning it up?

17:01:39 11 A.  We have some paper -- I mean, rolls, like

17:01:43 12 napkins.

17:01:44 13 Q.  Uh-huh.

17:01:45 14 A.  That we carry those with -- I mean, those are

17:01:48 15 very handy.

16 Q.  Okay.

17:01:49 17 A.  And if we see something, we just use the napkins

17:01:52 18 for it.

17:01:53 19 Q.  Okay.  After Ms. Garza fell and you were there

17:02:01 20 and you had asked her if she was okay, did you stay

17:02:06 21 there until she left or did you follow her outside or --

17:02:10 22 A.  No, I stayed there.

17:02:12 23 Q.  -- what happened?

17:02:12 24 A.  I stayed there until management came to the

17:02:17 25 scene.



# Operations
# Manual

Your guide to understanding the inner workings
of the Floral Department



# Department Supplies

Purchasing of supplies for Floral Department Use:

As a vendor partner with Sam's Club, it is to our mutual advantage that we make all possible purchases pertinent to the operation of our business form our local Sam's Club.

Items that fall into that category include:

Fax Paper
Pens
Note pads
Notebooks
Phones
Clips
Toner and Fax Cartridges
Cleaning Supplies

There may be a short time lapse between time of order and time of receipt of product, therefore, please anticipate your needs in advance, and plan required purchase.

All District Managers and Office Staff must fully investigate the opportunity to purchase through Sam's before seeking another resource. If you become aware of a cost savings available through another resource, please advise Pam Nulisch at the Arlington DC, along with documentation to support your position.

Any supplies purchased at club level are to be immediately documented on the appropriate expense report and sent to District Manager for processing.

# Safety And Loss Prevention

Scheduled Mop/Sweep Charts are to be maintained in our Floral Departments (fax to Arlington DC on last day of each month).

This is a simple procedure. A chart will be initialed by associate on duty at hourly intervals during every coverage hour in our floral departments, produce coolers and backstock areas. This initial of associate on duty will indicate they have carefully observed the areas mentioned and have mopped up any spilled liquids that could result in a slip and fall incident. Have associate equipment with a dry mop; make sure associate understands to use the mop to eliminate immediate danger from working on wet or slippery floors.

Have associates watch for pallets lying at random about the cooler, or back room. Teach them to return pallet to designated area, or stack in such a way they are no longer a tripping hazard. Work with associates to help them recognize and eliminate potential safety hazards. Remind your teams to wear their back belts when working the trucks, or lifting merchandise etc. in the departments.

Sam's Clubs have several really good Safety Videos. We need to work with Safety Patrol and General Manager to **HAVE OUR ASSOCIATES WATCH THESE VIDEOS,** and have that witnessed in writing by Manager on Duty so we will have a record of compliance.

Once a year, we receive information from our Richmond Office that reflects the number of incidences in each club. Please **MAKE SURE THIS INFORMATION IS AVAILABLE TO EACH OF YOUR MANAGERS.** Cher Hartman should be able to provide that to you.

revised 4-7-04 le

# FLORAL DEPARTMENT CHECK

| NOTES ATTACHED: | YES | NO |
|---|---|---|

| DATE/TIME: |
|---|

| REVIEWED BY (name) |
|---|

| CLUB #; CITY; STATE: |
|---|

| ASSOCIATE ON DUTY: |
|---|

| ADMINISTRATION: | U | M | MR | ER |
|---|---|---|---|---|
| Voice Mail Notebook | | | | |
| Dept. staff schedule | | | | |
| Time Sheets | | | | |
| Daily Notebook | | | | |
| Operations Manual | | ✓ | | |
| Personel Admin Manual | | | | |
| Originals mailed to DM | | | | |
| Sundown Rule/COE | | | | |
| Work Station clean/organized | | | | |

| MARKETING | U | M | MR | ER |
|---|---|---|---|---|
| Marketing Notebook/Files | | | | |
| Marketing Team Communication | | | | |
| Share at Meetings | | | | |
| SIC Review | | | | |
| Mail Outs | | | | |
| Phone canvassing | | | | |
| Announcements | | | | |
| Special Events | | | | |
| Outside sales calls | | | | |
| In Club flyers and handouts | | | | |

| INVENTORY CONTROL: | U | M | MR | ER |
|---|---|---|---|---|
| Fresh Cut Flower inventory | | | | |
| Special Needs | | | | |
| Special Orders | | | | |
| Box Specials | | | | |
| Hardgoods Order | | | | |
| Expired/Quality shrink report | | | | |
| Inventory Level Response | | | | |
| Opportunity File | | | | |

| PREPARATION: | U | M | MR | ER |
|---|---|---|---|---|
| Greenery Bagged | | | | |
| Special Orders Tagged | | | | |
| Glads in buckets | | | | |
| Orders pulled and prepared | | | | |
| Rec. Date noted on BackStock | | | | |
| Water tank full | | | | |
| Extra arrangements prepared | | | | |
| Back haul prepared for shipping | | | | |

| FRESH CUT FLOWER MERCHANDISING: | U | M | MR | ER |
|---|---|---|---|---|
| Proper signs | | | | |
| Correct UPC on product | | | | |
| E/Q pulled and recorded | | | | |
| Product rotated | | | | |
| Inventory levels +/- | | | | |
| Sleeve position on product | | | | |
| Cooler set to schematic | | | | |

| PALLET DISPLAYS/HARDGOODS MERCHANDISING: | U | M | MR | ER |
|---|---|---|---|---|
| Proper signs | | | | |
| Correct UPC on product | | | | |
| Clean and Full | | | | |
| Arrangements pull dated | | | | |
| Arrg. Water level/clarity | | | | |
| Good Quality of Design | | | | |
| Proper quantity of arrangements | | | | |

| FLOOR COOLERS | U | M | MR | ER |
|---|---|---|---|---|
| Clean top/inside/front | | | | |
| Temp 34-38 degrees F. | | | | |
| Lights functioning | | | | |
| Leaks | | | | |
| Buckets uniform | | | | |
| Clean Buckets | | | | |
| Properly mixed solution | | | | |
| Proper solution levels | | | | |
| Filter maintenance | | | | |
| Product height uniform | | | | |

| CLEANING AND SAFETY STANDARDS | U | M | MR | ER |
|---|---|---|---|---|
| All back stock clean/organized | | | | |
| Unsaleable product disposed | | | | |
| Produce cooler clean/swept | | | | |
| Sales floor clean/swept | | | | |
| Safety Floor Checklist | | | | |
| Rugs clean and flat | | | | |
| Sinks and drains clean | | | | |
| Trash disposed | | | | |

U=UNSATISFACTORY (DIRECTIVE ATTACHED)
M=MARGINAL          MR=MEETS REQUIREMENTS     ER=EXCEEDS REQUIREMENTS

# The 6 Floral Rights

1. **Right Merchandise**
   - Staple cut flower offering, and seasonally correct cut flowers, and hard-goods merchandised in an attractive and engaging presentation as per current schematic.

2. **Right Place**
   - Product displayed in fully functional coolers (temperature, drainage, lighting).
   - Back stock storage accessible and organized.
   - Promotional and seasonal pallet displays of hardier fresh cut flowers near tie-in categories.
   - Floral appropriately located in club as per club schematic.

3. **Right Time**
   - Seasonal color blends of basic product.
   - Seasonal specific product.
   - Consistent, fresh date codes.

4. **Right Quantity**
   - Floral coolers to have a full appearance, and to be continuously refilled during floral department staffed hours.
   - Inventory flow in line with product performance, and planned heavy sales periods.

5. **Right Condition**
   - Display cases to be clean, buckets clean and adequate water.
   - Physical condition of coolers to be maintained as per spec.
   - Floral Cooler temperature: 34-37 degrees F.
   - Lighting operational and safe.
   - Phone and Fax lines functional.
   - Water leaks repaired for safety.
   - Floors swept and work area cleaned through the day.
   - Rugs in place to catch water spills.

6. **Right Price**
   - Legible label on sleeve of product with name of product appearing on label.
   - Medium signs on floral coolers, and large signs on pallet displays.

## Club Level

- Temperature Management - inspect cooler temp daily. Cooler temp should fluctuate between 34° and 38° Fahrenheit.

- Product Rotation
    o Pull damaged or out of date product from display cooler (see sample of date code to know when to pull product based on date.
    o Condense remaining product toward front of cooler.
    o Wipe down inside of cooler, working from top left to bottom right of cooler.
    o Remove any debris (include sides, bottom, and back).
    o Begin restocking cooler with current (in date) product from back stock in produce cooler to keep produce cooler product in rotation.
    o Always work from top to bottom on upright coolers (F-92's) and back to front on low boy coolers (F-8's).
    o Complete filling display coolers with fresh product, by replacing older buckets remaining in cooler with buckets of fresh product.
    o Return extra back stock to produce cooler to use to replenish display coolers as needed.
    o Wipe top, sides, and front of outside of cooler for clean appearance.
    o Line up signs over appropriate product. See check test scan sheet.

- Proper Use of Preservatives - The buckets of water your product is shipped in has been treated with preservative solution. In the event you need additional treated water you can mix it at the club. Follow the directions of measure as listed on the preservative container. Keep in mind that treated water is only good for 5 days.

- Sanitation - items you receive dry packed in boxes (greenery, tropical bouquets, glads, tulips) for display stock must be properly hydrated in buckets prepared with the appropriate preservative formula ratios. Fill sanitized buckets to 1/3 full of fresh, preservative treated water twice per week. Perform this task the day before your truck delivery is due. Scissors and knives carry bacteria. Sanitize these weekly by washing in disinfectant cleaner. Produce cooler should be swept and mopped weekly. Damaged produce and flowers should be removed from stock (either floor stock or back-stock) immediately, and should not remain in either cooler awaiting disposal, but taken to trash disposal facility as soon as possible. This will minimize the release of ethylene gas, which is produced by decomposing product.

MEI

Full Service Floral Illustrated Template

1-14-04 /dr



Corner display units

Corner display units

Cooler C

Cooler B

Top of display cooler

Cooler A

Cooler D

Front

Corner display units

B

A

C

D

H.S. Floral Lease Clubs:
4702, 4703, 4704, 4707, 4709,
4712, 4720, 4721, 4731, 4736,
4738, 4740, 4743

6220, 6227, 6228, 6234, 6235,
6240, 6242, 6244, 6249, 6250,
6252, 6255, 6256, 6260, 6262,
6285, 6301, 6303, 6304, 6305,
6307, 6309, 6316, 6320, 6324,
6325, 6328, 6342, 6346, 6358,
6367, 6372, 6376, 6380, 6381,
6413, 6416, 6421, 6427, 6444,
6447, 6453, 6464, 6465, 6501,
6517, 6527, 6544, 6562, 6619,
6872,

8104, 8111, 8117, 8123, 8125,
8132, 8148, 8153, 8184, 8182,
8184, 8190, 8198, 8204, 8207,
8208, 8209, 8210, 8217, 8221,
8227, 8241, 8242, 8244, 8245,
8246, 8248, 8250, 8251, 8257,
8258, 8260, 8261, 8262, 8263,
8264, 8266, 8268, 8274, 8276,
8277, 8280, 8281, 8282, 8285,
8292, 8293, 8294

# Full Service Floral Layout

## Sample



**Vase Display**

| | | |
|---|---|---|
| Tulips 5 | Tulips 5 | Tulips 5 |
| Tulips 5 | Tulips 5 | Tulips 5 |
| Fuji 2 | Fuji 2 | Fuji 2 |
| Jumbo Bouquet 2 | Jumbo Bouquet 2 | Jumbo Bouquet 2 |
| Alstroemeria 6 | Alstroemeria 6 | Alstroemeria 6 |

**Curly Willow**

**Cooler D**

**MEI**

| Carnation Red/Pink 4 | Fancy Bouquet 2-3 | Fancy Bouquet 2-3 | Fancy Bouquet 2-3 | Oriental Lily 3 | Promo or extra product |
|---|---|---|---|---|---|
| Carnation White/Nov 4 | Fancy Bouquet 2-3 | Fancy Bouquet 2-3 | Fancy Bouquet 2-3 | Oriental Lily 3 | Promo or extra product |
| Carnation Novelty 4 | Fancy Bouquet 2-3 | Fancy Bouquet 2-3 | Fancy Bouquet 2-3 | Oriental Lily 3 | Promo or extra product |

**Cooler C**

| Gypsophila Red 3-4 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 |
|---|---|---|---|---|---|
| Gypsophila Red 3-4 | 2 Dz Rose Red 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |
| Gypsophila Red 3-4 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Limonium 3-4 | 2 Dz Rose Limonium 3-4 | Limonium 3-4 |

**Cooler A**

**Front**

* Arrangements are to be placed on top of the coolers in these designated areas.

*** When displaying arrangements on the corners, be sure to use the vase on display in your arrangement.

**Cooler B**

| Pompon Lavender 6-8 | Mini Carnation 6-8 | Stock 3-5 | Greens 3-5 | Promo or extra product |
|---|---|---|---|---|
| Pompon White 6-8 | Mini Carnation 6-8 | Stock 3-5 | Greens 3-5 | Promo or extra product |
| Pompon Yellow 6-8 | Mini Carnation 6-8 | Stock 3-5 | Greens 3-5 | Promo or extra product |
| Statice 4 | Spray Rose 5 | | | |
| Statice 4 | Spray Rose 5 | | | |
| Statice 4 | Spray Rose 5 | | | |

**Vase Display**

Full Service Floral Illustrated Template

Borgen 8X24



H.S. Floral Lease Clubs:
4713, 4763, 4767, 4775, 4795, 4815
6310, 6317, 6338, 6339, 6349, 6350, 6384, 6408, 6415, 6418, 6419, 6422, 6437, 6450, 6628
8137, 8139, 8143, 8149, 8188, 8226, 8254, 8267, 8271, 8289, 8297



Revised 2-4-04 /dr

Full Service Floral Layout

Borgen 8X24

# Sample



* Arrangements are to be placed
on top of the coolers in these designated areas.

Feb 04 /dr



NL Full Service Floral Illustrated Template

Borgen Island

H.S. Floral Lease Clubs:

4735, 4741, 4750, 4784, 4769, 4778, 4783, 4784, 4787, 4795
6254, 6311, 6312, 6314, 6321, 6326, 6528, 6610, 6422, 6624, 6666
8114, 8126, 8131, 8133, 8152, 8162, 8167, 8168, 8269, 8270, 8273,
8275, 8284, 8295, 8296

Out of cooler displays

Counter Top

Side D

Side A

Top of cooler

Side B

Front

Out of cooler display

Side C

revised 2-4-04 /dr

# Sample

**Full Service Floral Layout**

Borgen Island



*Arrangements are to be placed on top of the coolers in these designated areas.

Feb 04 /dr

Full Service Floral Illustrated Template

Upright Cooler A

Upright Cooler B

Chest Cooler

H.S. Floral Lease Clubs:
6336, 6338, 6439, 6482, 8259, 8279



Chest Cooler

Barker

Revised 3-19-03

# Full Service Floral Layout

High Volume

Barker

2 Uprights & 1 Chest cooler

Sample



## Upright Cooler A

| Mini Carnation 4-5 | Mini Carnation 4-5 | Tulips 4 | Tulips 4 | Tulips 4 | 2 Dz Rose Red 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |
|---|---|---|---|---|---|---|---|
| Mini Carnation 6-8 | Mini Carnation 4-5 | | | | 2 Dz Rose Red 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |
| Mini Carnation 6-8 | Oriental Lily 3-4 | Stock 3 | Spray Rose 5 | 2 Dz Rose Red 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | |

## Upright Cooler B

| Fancy Bouquet 3 | Fancy Bouquet 3 | Alstroemeria 4 | Alstroemeria 4 | Pompon White 4 | Pompon Lavender 4 | Pompon Yellow 4 |
|---|---|---|---|---|---|---|
| Fancy Bouquet 3 | Fancy Bouquet 3 | Alstroemeria 4 | Alstroemeria 4 | Pompon White 4 | Pompon Lavender 4 | Pompon Yellow 4 |
| Eucalyptus 3-4 | Fancy Bouquet 3 | Fancy Bouquet 3 | | | | |
| Tree Fern 4 | Tree Fern 4 | Alstro 7 | Alstro 7 | Leather Leaf 5 | Leather Leaf 5 | Pompon Assort 6-8 |

## Chest Cooler

| Limonium 3-4 | Carnation Novelty 3-4 | Carnation Novelty | Fuji 5 | Statice 4 | Jumbo Bouquet 2 | Jumbo Bouquet 2 | Gyp Million Stars 3-4 |
|---|---|---|---|---|---|---|---|
| Limonium 3-4 | Carnation White 3-4 | Carnation Red | Fuji 5 | Statice 4 | Jumbo Bouquet 2 | Jumbo Bouquet 2 | Gyp Million Stars 3-4 |
| Limonium 3-4 | Carnation Red 3-4 | Carnation Fuji | Statice 4 | Jumbo Bouquet 2 | Jumbo Bouquet 2 | Gyp Million Stars 3-4 | |
| Limonium Pink 3-4 | Carnation Fuji | Statice 4 | Jumbo Bouquet 2 | Jumbo Bouquet 2 | Gyp Million Stars 2 3-4 | | |

Full Service Floral Illustrated Template



Chest Cooler A

Chest Cooler B



Upright

H.S. Floral Lease Clubs: 6313, 6424



Chest Cooler A

Chest Cooler B

Revised 3-19-03 /dr

Barker

**High Volume**

**Full Service Floral Layout**

**Barker**

**1 upright & 2 chest coolers**

**Sample**



Chest Cooler A
Chest Cooler B

### Upright Cooler

| Mini Carnation 4-5 | Mini Carnation 4-5 | Tulips 4 | Tulips 4 | Tulips 4 | 2 Dz Rose Red 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |
|---|---|---|---|---|---|---|---|
| Mini Carnation 6-8 | Mini Carnation 4-5 | Oriental Lily 3-4 | Stock 3 | Spray Rose 4-5 | 2 Dz Rose Red 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |

### Chest Cooler A

| Leather Leaf 4 | Gyp Million Stars 3-4 | Fancy Bouquet 3 | Fancy Bouquet 3 | Alstro 6 | Alstro 6 | Pompon Yellow 6-8 | Pompon Lavender 6-8 | Statice 4 | Jumbo 2 | Eucalyptus 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Leather Leaf 4 | Gyp Million Stars 3-4 | Fancy Bouquet 3 | Fancy Bouquet 3 | Alstro 6 | Alstro 6 | Pompon White 6-8 | Pompon Lavender 6-8 | Statice 4 | Jumbo 2 | Tree Fern 4 |

### Chest Cooler B

| Limonium 3-4 | Carnation Novelty 3-4 | Carnation White 3-4 | Carnation Pink 3-4 | Fuji 5 | Statice 4 | Jumbo 2 | Tree Fern 4 | Eucalyptus 3-4 |
|---|---|---|---|---|---|---|---|---|
| Limonium 3-4 | Carnation Novelty 3-4 | Carnation Red 3-4 | Carnation Red 3-4 | Fuji 5 | Statice 4 | Jumbo 2 | Tree Fern 4 | |
| Limonium 3-4 | | | | Fuji 5 | Statice 4 | Jumbo 2 | | |

# 3-D Cooler Layout with Illustrated Template

Layout 1



Side A — Front — Side B

Shaded boxes indicate that when quantities are minimum these buckets can be filled out. The remaining buckets can then be spaced evenly in the cooler. It is important to maintain a full look.



**Sample**

### Side A

| | | | | |
|---|---|---|---|---|
| Pompons White 3-4 | Pompons White 3-4 | Alstromeria 4 | Alstromeria 4 | Alstromeria 4 |
| Pompons Lavender 3-4 | Pompons Lavender 3-4 | Alstromeria 4 | Alstromeria 4 | Alstromeria 4 |
| Pompons Yellow 3-4 | Pompons Yellow 3-4 | Alstromeria 4 | Alstromeria 4 | Alstromeria 4 |
| Pompons Yellow/White 6 | Fuji 6 | Fuji 6 | Fuji 6 | Space available for extra |

### Front

| | | | | |
|---|---|---|---|---|
| 2 Dz Rose Red 2 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 | 2 Dz Rose Red 2 |
| 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |
| 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 | 2 Dz Rose Color 2 |
| Assorted Greens 4 | Assorted Greens 4 | Assorted Greens 4 | Space available for extra | |

### Side B

| | | |
|---|---|---|
| Tulips 4 | Mini Carnations 4-5 | Fancy Bouquet 2-3 |
| Tulips 4 | Mini Carnations 4-5 | Fancy Bouquet 2-3 |
| Tulips 4 | Mini Carnations 4-5 | Fancy Bouquet 2-3 |
| Spray Rose 5 | Spray Rose 5 | Space available for extra / Fancy Bouquet 3 |

# 3-D Club Layout with Illustrated Template



**Sample**

Layout 2

Shaded boxes indicate that when quantities are minimum, these buckets can be left out. The remaining buckets can then be spaced evenly in the cooler. It is important to maintain a full look.

## Side A

| | | |
|---|---|---|
| Pompons White 3-4 | Pompons White 3-4 | Alstroemeria 4 |
| Pompons Lavender 3-4 | Pompons Lavender 3-4 | Alstroemeria 4 |
| Pompons Yellow 3-4 | Pompons Yellow 3-4 | Alstroemeria 4 |
| Pompons Yellow/White 6 | Space available for extra | Alstroemeria 6 |

## Front

| | | | | | |
|---|---|---|---|---|---|
| 2 Dz Roses Red 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Red 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 |
| 2 Dz Roses Red 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Red 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 |
| Assorted Greens 4 | Assorted Greens 4 | Assorted Greens 4 | Spray Rose 5 | Spray Rose 5 | |

## Side B

| | | |
|---|---|---|
| Tulips 4 | Mini Carnation 4-5 | Fancy Bouquet 2-3 |
| Tulips 4 | Mini Carnation 4-5 | Fancy Bouquet 2-3 |
| Tulips 4 | Mini Carnation 4-5 | Fancy Bouquet 2-3 |
| Fuji 7 | Mini Carnation 8 | Fancy Bouquet 3 |



# 3-D Club Layout with Illustrated Template



**Sample**

Shaded boxes indicate that when quantities are at minimum, these buckets can be left out. The remaining buckets can then be spaced evenly in the cooler. It is important to maintain a full look.



| Side A | | Corner A | Front | | | | | Corner B | Side B |
|---|---|---|---|---|---|---|---|---|---|
| Pompons White 3-4 | Pompons White 3-4 | Assorted Greens 2-3 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | Tulips 4 | Mini Carnation 4-5 |
| Pompons Lavender 3-4 | Pompons Lavender 3-4 | Assorted Greens 2-3 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | Tulips 4 | Mini Carnation 4-5 |
| Pompons Yellow 3-4 | Pompons Yellow 3-4 | Assorted Greens 2-3 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | 2 Dz Roses Red 2 | Tulips 4 | Mini Carnation 4-5 |
| Space available for extra | Pompons Yellow/White 6 | Spray Rose 7 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | 2 Dz Roses Color 2 | Space available for extra | Fuji 7 | Mini Carnation 6-8 |
| | | | | | | | | | Fancy Bouquet 2-3 |
| | | | | | | | | | Fancy Bouquet 2-3 |
| | | | | | | | | | Fancy Bouquet 2-3 |
| | | | | | | | | | Fancy Bouquet 3 |

Layout 3

Feb 04 /dr

SHARED FACILITIES:

The telephone in your Floral Department is owned by Sam's Club. The service to that phone is billed, and paid for by HSFD. In the event the phone becomes defective, it is the responsibility of Sam's Club to provide another phone for Floral Department use, just as would be done for any other department.

Setting up the phone service is handled in a two-part procedure. The phone line to the D-Mark box is procured by HSFD. Once the phone line has been established to this location, Sam's Club arranges for the interior lines to the department. HSFD will notify the management team at the specific club when this installation will take place and will notify what the department phone number will be. The management team will notify HSFD when the interior lines have been completed and the phone/fax compatible jack has been installed in the floral department kiosk.

The fax phone is our method of turning in orders to our distribution center, and marketing our box specials to the SIC #5992's (florists). We also send box special order forms, along with other notices to our teams in the clubs via the fax phone. Please forward any faxes designated to Floral Department to the floral associates upon receipt of fax.

The copy machine is the first line of attack in aggressively marketing our box specials. The floral department associate takes our box specials, flyers, or prebook marketing material, duplicates them, and mails them to all the appropriate SIC members. In most cases we provide the basic quantities needed to our floral associates, however, we have found our most successful, and aggressive associates are always coming up with a new idea for getting our product and program out in front of our members.

The produce cooler is shared, and both produce and floral benefits from the more complete use of the cooler. A designated area should be assigned to floral. The task of keeping the cooler clean will be shared as well.

Flex areas in the club are a great opportunity to get just the right product out for the members at just the right time of year. These areas are shared during peak sales periods.