IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs | § | CIVIL ACTION NO: B-02-210 |
| | § | |
| SAM'S EAST, INC. AND HILL | § | |
| FLORAL PRODUCTS, INC. | § | |

## DEFENDANT SAM'S EAST, INC.'S MOTION FOR LEAVE TO FILE CROSS-CLAIM AGAINST CO-DEFENDANT HILL FLORAL PRODUCTS, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **SAM'S EAST, INC.**, Defendant in the above entitled and numbered cause and moves this Court, pursuant to Federal Rules of Civil Procedure 13, for leave to file this its Motion for Leave to File Cross-Claim Against Co-Defendant Hill Floral Products, Inc., and would respectfully shows the Court the following:

1. This is a personal injury case arising from a slip and fall that occurred on March 8, 2002 at the Sam's Club in Brownsville, Texas. Hill Floral is a vendor partner with Sam's Club and operates the floral department within the store. Jury selection in this case is scheduled for August 10, 2004.

2. Defendant seeks leave of Court to file its Cross-Action in order to clarify the issues in this case that were raised by the recent filing of Hill Floral Product's Motion for Summary Judgment on June 23, 2004, and written discovery that was supplied to Movant on June 10, 2004.

3.  The filing of this Cross-Action will not prejudice the co-defendant but instead merely adds clarification to the issues that have been raised by the pleadings and evidence in this case. Moreover, this cross-claim is requested by defendant so as to allow it to conform all of the pleadings to the evidence to be submitted during the trial of this cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Sam's requests leave to amend be granted in order to file Motion for Leave to File Cross-Claim Against Co-Defendant Hill Floral Products, Inc., and for all other relief to which Defendant may be justly entitled.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/ 428-4544 Telephone
95/ 428-4880 Facsimile

JAIME A. DRABEK
Fed. I.D. No. 8643
SBOT: 06102410
*Counsel for Defendant, Sam's Club a/k/a Wal-Mart Stores, Inc.*

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion:

_____   I have been unsuccessful in my attempt to contact opposing counsel.

__✓__   I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

_____   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____   Opposing counsel has agreed or is unopposed to Movant's request under this Motion.

_____
Jaime A. Drabek

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the __15th__ day of July, 2004, to-wit:

| | |
|---|---|
| Mr. Frank Costilla<br>**Law Office of Frank Costilla, L.P.**<br>5 East Elizabeth Street<br>Brownsville, Texas 78520 | **_Via hand delivery_** |
| Mr. W. Michael Fisher<br>**Roerig, Oliveira & Fisher, LLP**<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520-8786 | **_Via hand delivery_** |

_____
Jaime A. Drabek