IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 1 5 2004
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JUL 1 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSEANNA M. GARZA | § |
| | § |
| vs | § CIVIL ACTION NO: B-02-210 |
| | § |
| SAM'S EAST, INC. AND HILL | § |
| FLORAL PRODUCTS, INC. | § |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE CROSS-CLAIM AGAINST CO-DEFENDANT HILL FLORAL PRODUCTS, INC.

On the __15TH__ day of __JULY__, 2004, came on to be heard, Defendant Sam's East, Inc.'s Motion for Leave to File Cross-Claim Against Co-Defendant Hill Floral Products, Inc. in the above entitled and numbered cause. After considering said Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Leave to File Cross-Claim Against Co-Defendant Hill Floral Products, Inc. is GRANTED.

Done on this the __15TH__ day of __JULY__, 2004.

_____
UNITED STATES DISTRICT JUDGE