COURTROOM MINUTES: **Felix Recio Judge Presiding**
                      Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Harolson |
| Law Clerk | : | |
| Interpreter | : | not needed |
| Date | : | July 15, 2004 at 2:00 p.m. |

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-02-210 (636(c))

**ROSEANNA M GARZA**　　　　　　*　　　　　F Castilla
　　　　　　　　　　　　　　　　　　　　　　　A Garcia

vs

SAM'S CLUB AKA WAL-MART STORES   *   J Drabek
and HILL FLORAL PRODUCTS INC     *   W M Fisher

---

### MOTION HEARINGS

Frank Costilla and A Garcia present for the Plaintiff;
J Drabek present for Sam's Club and W M Fisher present for Hill Floral Products;

Parties announced ready to proceed;

W Michael Fisher argues to **Defendant's Motion for Summary Judgement**;
Counsel argues possession and control of the premises;

A Garcia responds for the plaintiff, as to the motion for summary judgement;
Counsel contends that Hill Floral does have control over the area and does maintain control;
Counsel states a Motion for Leave to File a Third Amended Original Complaint has been filed with the Court;

J Drabek responds on behalf of Defendant Sam's Club;
Counsel states will be filing a Motion for Leave to File a Cross-Claim;

The Court will continue to look at the issue before rendering a decision;
At this particular point the Court states there exists a material question as to the issues of the case;

Court **grants** Motion for Leave to File Third Amended Petition;
Court **grants** Defendant's Sam's Club Motion for Leave to File Cross-Claim;

Court adjourned 2:32 p.m..