IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. AND HILL FLORAL | § | |
| PRODUCTS, INC. | § | |

## ORDER

On the __15TH__ day of __JULY__, 2004, came to be considered the Motion for Leave to File Plaintiff's Third Amended Original Complaint filed by the Plaintiff in the above-styled and numbered cause. After considering said Motion and the arguments of counsel, the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Leave to File Plaintiff's Third Amended Original Complaint is hereby **GRANTED**.

DONE at Brownsville, Texas, this __15TH__ day of __JULY__, 2004.

_____
UNITED STATES MAGISTRATE JUDGE