IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | |
| VS. | * | CIVIL ACTION NO. B-02-210 |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | * * | |

### DEFENDANT HILL FLORAL PRODUCTS, INC.'S ANSWER TO PLAINTIFF'S THIRD AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW HILL FLORAL PRODUCTS, INC., one of the Defendants herein, and files this its Answer to Plaintiff's Third Amended Original Complaint, and would show the Court as follows:

1.   This Defendant admits the allegations set out in paragraph 1 of Plaintiff's Third Amended Original Complaint.

2.   This Defendant admits the allegations set out in paragraph 2 of Plaintiff's Third Amended Original Complaint.

3.   This Defendant admits the allegations set out in paragraph 3 of Plaintiff's Third Amended Original Complaint.

4.   This Defendant admits the allegations set out in paragraph 4 of Plaintiff's Third Amended Original Complaint.

5.   This Defendant denies the allegations set out in paragraph 5 of Plaintiff's Third Amended Original Complaint.

6.   This Defendant admits the allegations set out in paragraph 6 of Plaintiff's Third Amended Original Complaint, except that it denies that the place where the accident allegedly took

place was within the floral department operated by this Defendant.

7. This Defendant denies the allegations set out in paragraph 7 of Plaintiff's Third Amended Original Complaint.

8. Defendant admits the allegations set out in paragraph 8 of Plaintiff's Third Amended Original Complaint.

9. Defendant admits the allegations set out in paragraph 9 of Plaintiff's Third Amended Original Complaint.

10. Defendant denies the allegations set out in paragraph 10 of Plaintiff's Third Amended Original Complaint.

11. Defendant denies the allegations set out in paragraph 11 of Plaintiff's Third Amended Original Complaint.

12. Defendant denies the allegations set out in paragraph 12 of Plaintiff's Third Amended Original Complaint.

13. Defendant denies the allegations set out in paragraph 13 of Plaintiff's Third Amended Original Complaint.

14. Defendant denies the allegations set out in paragraph 14 of Plaintiff's Third Amended Original Complaint.

15. Defendant denies the allegations set out in paragraph 15 of Plaintiff's Third Amended Original Complaint.

16. Defendant denies the allegations set out in paragraph 16 of Plaintiff's Third Amended Original Complaint.

17. Defendant denies the allegations set out in paragraph 17 of Plaintiff's Third Amended Original Complaint.

18. Defendant denies the allegations set out in paragraph 18 of Plaintiff's Third

Amended Original Complaint.

19. Defendant denies the allegations set out in paragraph 19 of Plaintiff's Third Amended Original Complaint.

20. Defendant denies the allegations set out in paragraph 20 of Plaintiff's Third Amended Original Complaint.

21. Defendant denies the allegations set out in paragraph 21 of Plaintiff's Third Amended Original Complaint.

22. Defendant denies the allegations set out in paragraph 22 of Plaintiff's Third Amended Original Complaint.

23. Defendant admits the allegations set out in paragraph 23 of Plaintiff's Third Amended Original Complaint.

24. Defendant denies the allegations set out in paragraph 24 of Plaintiff's Third Amended Original Complaint.

## AFFIRMATIVE DEFENSE

This Defendant would show that, if Plaintiff slipped and fell as she says she did, which is denied, and if she suffered injuries as a result, which is denied, that such accident and injuries and damages were caused by her own negligence, including but not limited to the fact that she did not keep a proper lookout, and that for this reason she should be denied recovery, or that any recovery she might otherwise be entitled to should be reduced by a percentage representing her proportional fault.

WHEREFORE, Defendant Hills Floral Products, Inc. prays that upon final hearing Plaintiff's claim against it be dismissed, with costs of court adjudged against Plaintiff and for such other relief to which it may be entitled at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
W. MICHAEL FISHER
Federal ID #1080
State Bar #07062400

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail No., Return Receipt Requested, to the Attorneys, as follows:

Mr. Frank Costilla
LAW OFFICES OF FRANK COSTILLA, L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Mr. Jaime Drabek
THE LAW FIRM OF DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550

on this 28th day of July, 2004.

_____
W. MICHAEL FISHER