United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART STORES, INC. AND HILL FLORAL PRODUCTS, INC. | § § § | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Is there anyone on the panel who believes that a person who has been injured has no right to sue for money damages to compensate for pain, suffering disability, lost income, and past and future medical expenses?

2. Is there anyone on the panel who believes that regardless of how extensive medical bills, pain and suffering, impairment and mental anguish has been or will be in the future that they could not award damages in the range of _____.

3. Has anyone on the panel or a close family member of anyone on the panel experienced a serious injury? If so, do you feel that your experience regarding that injury would affect your decision in this case?

4. Has anyone on the panel or a close family member been a Defendant in a lawsuit, that is, been sued by another person for any reason?

5. Has anyone on the panel been a plaintiff in a lawsuit, that is, sued for damages caused by another person?

6. Who among you has seen on television, read ads in newspapers, or seen billboards regarding the topic "lawsuit abuse"? If so, how many of you feel that you have been influenced by these advertisements to the degree that they may affect your decision in this case?

7. Are you willing to keep an open mind and not permit yourself to be poisoned by those who do not want to be accountable for their actions and pay to purchase advertisements to influence your verdict?

8. Can you and will you base your verdict solely on the evidence presented in the courtroom in this case?

9.  Has anyone on the panel or a close family member been employed by or is currently employed by Sam's Club, Wal-Mart Stores, Inc. or Hill Floral Products, Inc.?

10. Is there anyone on the panel who would consider it unfair to hold the Defendants accountable if they did not act reasonably and responsibly in their actions resulting in injuries to the Plaintiff?

11. Is there anyone on the panel who is unwilling to award damages against Defendants based on their ability to pay if such damages are found to be justified by you?

12. Is there anyone on the panel who is related or knows any of the parties?

13. Is there anyone on the panel who knows the attorney for the Sam's Club a/k/a Wal-Mart Stores, Inc., Mr. Jaime Drabek, or Hill Floral Products, Inc., Mr. W. Michael Fisher?

14. Is there anyone on the panel who knows any of the potential witnesses? (Refer to Plaintiff's witness list, attached.)

15. Is there anyone on the panel that was represented by one of the attorneys.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:　(956) 541-4982
Facsimile:　(956) 544-3152

_/s/ Frank Costilla_
**Frank Costilla**
Federal I.D. No. 1509
State Bar No. 04856500
**Alejandro J. "Hondo" Garcia**
Federal I.D. No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF**

<u>CERTIFICATE OF SERVICE</u>

On this the 30th day of July 2004, a true and correct copy of the above and foregoing document was sent to all counsel involved in the manner indicated below:

| | |
|---|---|
| Mr. Jaime Drabek<br>The Law Firm of Drabek & Associates<br>1720 East Harrison, Suite B<br>Harlingen, Texas 78550 | Via **Regular Mail** |
| Mr. W. Michael Fisher<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520 | Via **Regular Mail** |

Alejandro J. "Hondo" Garcia