IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-210 |
| | § | (Jury Requested) |
| SAM'S CLUB a/k/a WAL-MART | § | |
| STORES, INC. AND HILL FLORAL | § | |
| PRODUCTS, INC. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ROSEANNA M. GARZA, PLAINTIFF in the above-entitled and numbered cause, and informs the Court that the case has settled.

1. This is a personal injury case arising from a slip and fall that occurred on March 8, 2002 at the Sam's Club in Brownsville, Texas.

2. On Monday, August 2, 2004, all the parties herein mediated the case before Leo Salzman. At the conclusion of the mediation, an agreement to settle was reached. The Settlement Agreement is attached hereto as Exhibit 1.

3. The parties are in the process of preparing all of the appropriate documents to formalize the settlement and will file with this Court all of the necessary documentation to reflect dismissal of this cause of action.

4. There is a final pretrial conference, presently scheduled for Thursday, August 5, 2004 at 2:00 p.m. It is Plaintiff's position that in light of the settlement agreement, the scheduled conference will not be necessary.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:    (956) 544-3152

_____
Frank Costilla
Federal ID No. 1509
State Bar No. 04856500
**Alejandro J. "Hondo" Garcia**
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this the ___ day of August, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel, as indicated below:

Mr. Jaime Drabek                                    Via **Facsimile**    (956) 428-4880
The Law Firm of Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, TX 78550

Mr. W. Michael Fisher                               Via **Facsimile**    (956) 542-0016
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550

                                                    _____
                                                    Alejandro J. "Hondo" Garcia

# EXHIBIT 1

ROSEANNA M. GARZ

CAUSE NO. _____

IN THE DISTRICT COURT

VS

Sam's Club A/K/A
WalmART and Hill Floral
Products, Inc

Southern JUDICIAL DISTRICT

CAMERON COUNTY, TEXAS

TLEMENT AGREEMENT

1. The Parties hereto agree to settle all claims and controversies between them which are asserted or assertable in this case, except the following:
   _____N/A_____

2. As consideration for this settlement, Plaintiff(s)/Claimant(s) and his/her/their attorney(s) shall receive the sum of $ 95,000 on or before the AUG 16, day of 2004, which sum shall be paid by the following parties; of insurance carrier (s) in the amounts set forth below:
   95,000 To BE Pd By Carrier for Hill Floral Products Inc
   and Sams EAST L.P.

3. The above-captioned case shall be resolved by:

   ✓ (a)  an Agreed Order of Dismissal with Prejudice with costs to be taxed
          to PARTY incurring Sam _____ ;

   ___ (b)  a Notice of Nonsuit; or

   ___ (c)  an Agreed Judgment providing as follows:
   _____N/A_____

4. The parties hereto agree to release, discharge and forever hold the other harmless from any and all claims, demand or suits, known or unknown, fixed or contingent, liquidated or unliquidated (whether or not asserted in this case) arising from or related to the events and transactions which are the subject matter of this case, except for the following:
   _____N/A_____

This mutual release runs to the benefit of all attorneys, agents, employees, officers, directors, shareholders and partners of the parties except N/A _____. "Party" as used in this release includes all named parties of this case/lawsuit, as well as _____N/A_____, and all related entities of the parties except _____N/A_____

5. Each signatory hereto warrants and represents that:

   (a)  he or she has authority to bind the parties for whom that signatory acts; and

(01-27-04) 2001-09-4097-e (04-00001)                                      Our File No. 04-00001

6. The attorney for __Defendant.__ shall deliver all further settlement documents to the other parties at or before the time the settlement funds are due Plaintiff (s) as set forth in Paragraph 2 above. The parties agree to cooperate with each other in the drafting and execution of such additional documents as are reasonably requested or required to implement the terms and spirit of this agreement.

7. If any dispute arises with regard to the interpretation and/or performance of this agreement or any of its provisions, the parties agree to attempt to resolve same by telephone conference with the mediator who facilitated this settlement. If the parties cannot resolve their differences by telephone conference, then each agrees to schedule one day of mediation within the mediator within thirty (30) days to resolve the disputes and to share the costs of same equally. If a party refuses to mediate, then the party may not recover attorney's fees or costs in any litigation brought to construe or enforce this agreement. Otherwise, if mediation is unsuccessful, then the prevailing party or parties shall be entitled to recover from the other(s) their reasonable attorney's fees and expenses, including the cost of the unsuccessful mediation.

8. The agreement is made and performable in __Cameron__ County, Texas, and shall be construed in accordance with the laws of the State of Texas.

9. Other terms of this settlement are as follows:
   __Sam's agrees to dismiss its cross action for indemnity and atty fees & costs of defense against Hill Floral Products, Inc & its carriers__

10. Each signatory to this settlement has entered into same freely and without duress after having consulted with professionals of this or her choice. Each party hereto has been advised by the mediator that the mediator is not the attorney for any party and that each party should have this agreement reviewed by the parties' attorney prior to executing same.

SIGNED this __2nd__ day of __August__, 2004.

PLAINTIFFS                              DEFENDANTS
_[signatures]_                          _[signatures] for Hill Floral and Hortica_
                                        _[signature] for defendant Sams_

INTERVENORS