# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B02-210 |
| | * | (636(c)) |
| SAM'S CLUB, a/k/a WAL-MART, ET AL | * | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER CANCELING COURT SETTINGS

Since the parties have filed Notice of Settlement, all court settings are hereby CANCELLED. The parties shall submit an agreed order of dismissal on or before September 10, 2004.

DONE at Brownsville, Texas, on 4th day of August 2004.

_____
Felix Recio
United States Magistrate Judge