## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs | § | CIVIL ACTION NO: B-02-210 |
| | § | |
| SAM'S EAST, INC. AND HILL | § | |
| FLORAL PRODUCTS, INC. | § | |

### AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**ROSEANNA M. GARZA**, Plaintiff in the above styled and numbered cause moves the Court to dismiss her cause of action against Defendants, **SAM'S EAST, INC.** and **HILL FLORAL PRODUCTS, INC.**, and as grounds therefore would show the Court that this Plaintiff and these Defendants have settled all disputes and differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that her cause of action against Defendants be dismissed with prejudice with Court costs to be paid by party incurring same.

Respectfully submitted,

**Law Offices of Frank Costilla**
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 (fax)

Frank Costilla
SBOT: 04856500
Federal ID No. 1509
*ATTORNEY FOR PLAINTIFF*

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

Jaime A. Drabek
SBOT: 06102410
Federal ID No. 8643
*ATTORNEYS FOR DEFENDANT SAM'S EAST, INC.*

**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price, Suite 9
Brownsville, Texas 78520
(956) 542-5666 (Tel)
(956) 542-0016 (Fax)

W. Michael Fisher
SBOT 07062420
Federal ID No. 1080
ATTORNEYS FOR DEFENDANT HILL FLORAL
PRODUCTS, INC.