IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § | |
| vs | § § | CIVIL ACTION NO: B-02-210 |
| SAM'S EAST, INC. AND HILL FLORAL PRODUCTS, INC. | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**ROSEANNA M. GARZA**, Plaintiff, having presented her Motion to Dismiss her action against Defendants, **SAM'S EAST, INC. and HILL FLORAL PRODUCTS, INC.**, and the Court having considered said Motion is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that this cause of action against Defendant **SAM'S EAST, INC. and HILL FLORAL PRODUCTS, INC.**, be dismissed with prejudice, with court costs to be paid by party incurring same.

SIGNED this _____ day of _____, 2004.

_____
JUDGE PRESIDING

Approved As To Form:

| | |
|---|---|
| **Law Offices of Frank Costilla** | **Drabek & Associates** |
| 5 East Elizabeth Street | 1720 E. Harrison, Suite B |
| Brownsville, Texas 78520 | Harlingen, Texas 78550 |
| (956) 541-4982 | (956) 428-4544 |
| (956) 544-3152 (fax) | (956) 428-4880 (fax) |
| Frank Costilla | Jaime A. Drabek |
| SBOT: 04856500 | SBOT: 06102410 |
| Federal ID No. 1509 | Federal ID No. 8643 |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT SAM'S EAST, INC.* |

**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price, Suite 9
Brownsville, Texas 78520
(956) 542-5666 (Tel)
(956) 542-0016 (Fax)

*/s/ W. Michael Fisher*
W. Michael Fisher
SBOT 07062420
Federal ID No. 1080
ATTORNEYS FOR DEFENDANT HILL FLORAL
PRODUCTS, INC.

cc:  Frank Costilla, THE LAW OFFICE OF FRANK COSTILLA, 5 East Elizabeth St., Brownsville, Texas 78520

Jaime Drabek, DRABEK & ASSOCIATES, 1720 East Harrison, Suite B, Harlingen, Texas 78550

W. Michael Fisher, ROERIG, OLIVEIRA & FISHER, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520