IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 1 0 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § | |
| | § | |
| vs | § | CIVIL ACTION NO: B-02-210 |
| | § | |
| SAM'S EAST, INC. AND HILL | § | |
| FLORAL PRODUCTS, INC. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**SAM'S EAST, INC.**, Defendant in the above styled and numbered cause moves the Court to dismiss its cause of action against Defendant, **HILL FLORAL PRODUCTS, INC.**, and as grounds therefore would show the Court that these Defendants have settled all disputes and differences.

WHEREFORE, PREMISES CONSIDERED, Defendant **SAM'S EAST, INC.** prays that its cause of action against Defendant **HILL FLORAL PRODUCTS, INC.** be dismissed with prejudice with Court costs to be paid by party incurring same.

Respectfully submitted,

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

Jaime A. Drabek
SBOT: 06102410
Federal ID No. 8643
*ATTORNEYS FOR DEFENDANT SAM'S EAST, INC.*

**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price, Suite 9
Brownsville, Texas 78520
(956) 542-5666 (Tel)
(956) 542-0016 (Fax)

_____
W. Michael Fisher
SBOT 07062420
Federal ID No. 1080
ATTORNEYS FOR DEFENDANT HILL FLORAL PRODUCTS, INC.