IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSEANNA M. GARZA | § § | |
| vs | § § | CIVIL ACTION NO: B-02-210 (636(c)) |
| SAM'S EAST, INC. AND HILL FLORAL PRODUCTS, INC. | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**SAM'S EAST, INC.**, Defendant, having presented its Motion to Dismiss its action against Defendant, **HILL FLORAL PRODUCTS, INC.**, and the Court having considered said Motion is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that this cause of action against Defendant **HILL FLORAL PRODUCTS, INC.**, be dismissed with prejudice, with court costs to be paid by party incurring same.

SIGNED this __15th__ day of __November__, 2004.

_____
JUDGE PRESIDING

Approved As To Form:

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

_____
Jaime A. Drabek
SBOT: 06102410
Federal ID No. 8643
*ATTORNEYS FOR DEFENDANT SAM'S EAST, INC.*

**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price, Suite 9
Brownsville, Texas 78520
(956) 542-5666 (Tel)
(956) 542-0016 (Fax)


W. Michael Fisher
SBOT 07062420
Federal ID No. 1080
ATTORNEYS FOR DEFENDANT HILL FLORAL
PRODUCTS, INC.

cc:   Jaime Drabek, DRABEK & ASSOCIATES, 1720 East Harrison, Suite B, Harlingen, Texas 78550

   W. Michael Fisher, ROERIG, OLIVEIRA & FISHER, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520